

IN THE CIRCUIT COURT OF CONWAY COUNTY ARKANSAS

LEAH C NEWLAND and
CRAIG E NEWLAND                                                          PLAINTIFFS

v                                    NO. 15-CV-21-*232*

AUTO-OWNERS INSURANCE
COMPANY                                                                  DEFENDANT

## COMPLAINT

Comes now the plaintiff, Leah C Newland and for her cause of action against

the defendant does state and allege as follows:

1.  Plaintiffs were both  at the time of the motor vehicle accident a resident of

Parson, Kansas and married to each other then and for many years.

2.  Defendant is a foreign insurance company registered to do and doing

business in the state of Arkansas and has an agent in this county.

3.  The other driver and at fault underinsured driver, James Christen was a

resident of this county at the time of the accident.

4.  The motor vehicle accident that gives rise to this cause of action occurred in

this county and venue is proper under ACA 16-60-101(a)(1).

5.  On October 31, 2018, plaintiff was traveling westbound on I-40 in the right

outside lane when she began to slow for an accident that previously occurred in

front of her, she put on her flashers and brakes and was contemplating switching



-2-

lanes which was not possible because of traffic in the left hand lane when James

Christen struck into her rear going the legal rate of speed in his vehicle on I-40.

Plaintiff was operating her 2016 Buick envision at the time of the incident.

6.  James Christen was negligent in that he failed to maintain a proper lookout,

failed to maintain control of his vehicle, failed to yield to the forward vehicle,

went to fast for conditions then and there existing, followed to close and failed to

exercise reasonable care for his safety and the safety of others.

7.  The negligence of James Christen above was the proximate cause of bodily

injury to the plaintiff Leah Newland and loss of consortium for Craig Newland.

8.   James Christen was an underinsured driver when plaintiff's damages

became known and his insurance company paid over its policy limits of

$25,000.00 after plaintiff received permission from defendant to accept said

limits in accordance with Arkansas underinsured statutory provisions.

Attached to the complaint as exhibit " A " are a copy of the deck sheet and

Defendant's letter granting permission to accept the tendered policy limits.

9.  Plaintiff Leah Newland  has incurred medical expenses and will in the future,

suffered a permanent injury, scarring, loss of earning capacity, pain and suffering

-3-

past, present and will in the future.

10.  Plaintiff Leah Newland's  damages exceed the amount required for federal diversity jurisdiction.

11.  Due to the negligence of Christen, plaintiff Craig Newland has suffered the loss of the society and companionship and consortium of his wife Leah Newland due to the nature and permanency of her injury. Craig Newland's damages exceed federal diversity jurisdiction.

12. Defendant herein issued to plaintiffs an automobile insurance policy on the vehicle she was operating that contained underinsured coverage in the amount of $500,000.00. Attached hereto is a copy of the policy issued by the defendant labeled exhibit B.

13.  All conditions precedent have occurred on the policy.

14.  Plaintiffs demands a jury trial on all issues of fact herein.

Wherefore, Premises considered, plaintiff prays for judgment over and against the defendant for a sum the sum of $500,000.00 , for interest on said sum at the highest legal rate, for a 12% penalty and attorney fees, for trial by jury and any and all other proper relief.

-4-

**LEAH C NEWLAND and CRAIG E NEWLAND**

Jeff Slaton P.A.

BY: _Jeff Slaton_ _____

Jeff Slaton   BIN 82148
P.O. Box 834
Springdale, Ar 72765
479-751-5091
479-750-7868 ( fax )
jeff@slatonlaw.net

EXHIBIT B

DECLARATION SHEET OF UNDERINSURED DRIVER AND PERMISSION TO SETTLE LETTER FROM DEEFENDANT AUTO-OWNER INSURANCE COMPANY


5 PAGES

PROGRESSIVE CLAIMS
2801 RICHMOND ROAD
BOX 58
TEXARKANA, TX 75503



**Underwritten By:**
**Progressive Northwestern Insurance Company**

Claim Number:  18-2566508
Loss Date:      October 31, 2018
Document Date: September 25, 2019
Page 1 of 1

JEFF SLATON P.A., ATTORNEY AT LAW
JEFF  SLATON
PO BOX 834
SPRINGDALE, AR 72765

**claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a
new claim.

# Important information about your claim

Thank you for discussing LEAH C NEWLAND's claim on September 25, 2019.

We would like to confirm our offer of $25,000.00 for full and final settlement of LEAH C NEWLAND's Bodily Injury claim.

Please extend this offer to your client as soon as possible so we can take the next step to resolve this claim.

If you have any questions, please contact us.

JOSHUA HORN
Claims Department
1-501-954-6520
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-870-779-8931
JHORN1@PROGRESSIVE.COM
Form Z463.01 XX (01/08) AR

FREEMAN INS AGY INC
700 E HARDING ST
MORRILTON, AR 72110



**Policy Number: 53519968**

NAIC: 42919

Underwritten by:

Progressive Northwestern Ins Co

October 15, 2018

Policy Period: Oct 13, 2018 - Apr 13, 2019

Page 1 of 3

JAMES CHRISTEN
702 SUNRISE HILL
PLUMERVILLE, AR 72127

**1-501-354-6074**
**FREEMAN INS AGY INC**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance
# Coverage Summary
## This is your revised Renewal
## Declarations Page
## Your policy period has changed

Your coverage began on October 13, 2018 at 12:01 a.m. This policy expires on April 13, 2019 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9611A AR (12/15). The contract is modified by forms 4884 (10/08) and A239 AR (07/17).

## Drivers and resident relatives

| | Additional information |
|---|---|
| James Christen | Named insured |

## Outline of coverage

**2007 CHRYSLER TOWN & COUNTRY EXT SPORT VAN**
VIN: **1A4GP44RX7B190778**
Garaging ZIP Code: 72127
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $195 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Personal Injury Protection | Rejected | | -- |
| Uninsured Motorist Bodily Injury | $25,000 each person/$50,000 each accident | | 15 |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Uninsured Motorist Property Damage | $25,000 each accident | $200 | 14 |
| Total premium for 2007 CHRYSLER | | | **$224** |

Form 6489 AR (09/16)


Continued

Policy Number: 53519968
James Christen
Page 2  of 3

**1997 NISSAN MAXIMA 4 DOOR SEDAN**
VIN: **JN1CA21D8VM538990**
Garaging ZIP Code: 72127

Primary use of the vehicle:  Pleasure

Length of vehicle ownership when policy started or vehicle added: Less than 1 month

Information regarding your vehicle history (prior damage, theft or title issues) has impacted how we determine your premium.

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $122 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Personal Injury Protection | Rejected | | -- |
| Uninsured Motorist Bodily Injury | $25,000 each person/$50,000 each accident | | 12 |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Uninsured Motorist Property Damage | $25,000 each accident | $200 | 9 |
| Total premium for 1997 NISSAN | | | **$143** |

**2004 NISSAN MAXIMA 4 DOOR SEDAN**
VIN: **1N4BA41E64C860843**
Garaging ZIP Code: 72127

Primary use of the vehicle:  Pleasure

Length of vehicle ownership when policy started or vehicle added: Less than 1 month

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $166 |
|   Bodily Injury Liability | $25,000 each person/$50,000 each accident | | |
|   Property Damage Liability | $25,000 each accident | | |
| Personal Injury Protection | Rejected | | -- |
| Uninsured Motorist Bodily Injury | $25,000 each person/$50,000 each accident | | 17 |
| Underinsured Motorist Bodily Injury | Rejected | | -- |
| Uninsured Motorist Property Damage | $25,000 each accident | $200 | 20 |
| Total premium for 2004 NISSAN | | | **$203** |
| **Total 6 month policy premium** | | | **$570.00** |

## Premium discounts

| Policy | |
|---|---|
| 53519968 | Five-Year Claim Free, Multi-Car, Continuous Insurance: Diamond and Three-Year Safe Driving |

## Important address/telephone information

Arkansas Insurance Department
Consumer Services Division
1200 West Third Street
Little Rock, AR 72201
(800) 852-5494

## Customer Service office information

You may contact Customer Service at 1-800-876-5581 or by mail at P.O. Box 6807, Cleveland, OH 44101.

Form 6489 AR (09/16)



Continued

Policy Number: 53519968
James Christen
Page 3  of 3

**Company officers**

_(signature)_

Secretary



**Auto-Owners**
INSURANCE
LIFE · HOME · CAR · BUSINESS

Little Rock Branch Claim Office
10816 Executive Center Dr | Ste 100 | PO Box 25810
Little Rock AR 72221-5810
p. 501.227.3050 | f. 517.327.2370 | 855.440.4480
auto-owners.com

10/7/2019

Jeff Slayton P.A.
Attorney at Law
P.O. Box 834
Springdale, AR 72765

Via Fax: 479-750-7868

Insured:        Craig and Leah Newland
Your Client(s):  Leah Newland
Claim No:       300-355480-2018
Date of Loss:   10-31-18

Please be advised that Auto-Owner's Insurance is waiving their right to subrogation for the medical pay and Underinsured Motorist coverage for this loss.  You may proceed with settlement of the third party claim.

If you have any questions, please give me a call.

Sincerely,

*Heath J Nelson*

Heath Nelson
Branch Claims Representative
Ext 56544

Serving our policyholders and agents since 1916

.

# EXHIBIT B

# DEFENDANT AUTO-OWNERS INSURANCE POLICY

# 51 PAGES

59511 (7-15)

13-0033-00
WOOD-DULOHERY INSURANCE INC
1725 WASHINGTON AVE
PARSONS  KS  67357



***Auto-Owners***
**INSURANCE**

LIFE · HOME · CAR · BUSINESS

P.O. BOX 30660 · LANSING, MICHIGAN 48909-8160

AUTO-OWNERS INSURANCE COMPANY

10-23-2018

CRAIG E NEWLAND
LEAH C NEWLAND
120 PINE RIDGE RD
PARSONS  KS  67357-8413

> **Remember,** you can view your policy, pay your bill or change your paperless options any time online, at **www.auto-owners.com**. If you have not already enrolled your policy, you may do so using policy number **50-944-649-02** and Personal ID Code (PID) **7N2 G6V 61V.**

Your agency's phone number is (620) 421-6900.

RE:  Policy 50-944-649-02

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs!  Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a variety of programs, each of which has its own eligibility requirements, coverages and rates.  In addition, Auto-Owners also offers many billing options.  Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916.  The Auto-Owners Insurance Group is comprised of five property and casualty companies and a life insurance company.  Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need.

*~  Serving Our Policyholders and Agents Since 1916  ~*

Agency Code   13-0033-00                                    Policy Number   50-944-649-02

69440 (12-15)

# NOTICE OF CHANGE IN POLICY TERMS
## ADDITIONAL AND REPLACEMENT AUTOMOBILE COVERAGE

Dear Policyholder:

Your policy now includes form 69270, Additional and Replacement Automobile Coverage.  This new form broadens coverage already provided by the "Other Automobiles" section of your policy.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

Please review your policy carefully.  If you have any questions regarding your policy or this notice, please contact your independent Auto-Owners agent.

Thank you.

69440 (12-15)                                                      Page 1 of 1

69449 (2-16)

# Notice of Change in Policy Terms
## Common Loss Deductible

Dear Policyholder:

We are pleased to announce that your policy now includes our new Common Loss Deductible endorsement.

In the event that your Auto policy and your Home or Mobile Home policy, insured with Auto-Owners Insurance or an affiliated company, suffer a covered loss from the same occurrence, the Auto deductible will be reduced by the amount of the Home or Mobile Home deductible.  If the Auto deductible is less than the Home or Mobile Home deductible, the Auto deductible will be waived.  The Common Loss Deductible endorsement is included at no additional charge.

This notice is for information purposes only.  For additional details please review the Common Loss Deductible endorsement form.

Should you have any questions about this or your policy, please contact your independent Auto-Owners agent for assistance.

69449 (2-16)                                                      Page 1 of 1

Agency Code   13-0033-00

Policy Number   50-944-649-02

69458 (4-16)

# DIMINISHING DEDUCTIBLE OFFER

Good News! We are now offering a Diminishing Deductible option for purchase.

Upon purchase of the Diminishing Deductible option, your Collision and/or Comprehensive deductibles will immediately receive a $100 credit.  The deductible credit will be deducted from the coverage deductible to determine what amount, if any, you will pay in the event of a covered Collision or Comprehensive claim.

An additional $50 deductible credit will be applied at renewal for semi-annual policies, and an additional $100 deductible credit will be applied at renewal for annual polices, provided that all drivers continue to meet the eligibility requirements. The maximum deductible credit is $500.

If an at-fault accident occurs for any driver during the policy term, the diminishing deductible credit will remain the same for the remainder of the policy term and will reset to a $100 deductible credit at the following renewal.

To be eligible to purchase the Diminishing Deductible option you, and any regular operator of your vehicles, must have no at-fault accidents in the most recent 1 year period.

Please contact your independent Auto-Owners Insurance agent if you would like to purchase this option.  Thank you for choosing Auto-Owners Insurance, the SAFE.SOUND.SECURE.® choice for all your insurance needs!

69458 (4-16)

Page 1 of 1

99036 (1-16)

# INSURANCE SCORE NOTICE
**Please read this carefully.  It contains important information you should know.**

Thank you for your business.  We are committed to offering **Safe. Sound. Secure. ®** insurance products and service you can trust.

Your premium is based on a variety of factors including accident history, traffic violations, and vehicle type.  Considering all factors allows us to offer the greatest number of applicants and policyholders the best available rates.

Insurance Score is another factor we consider, and it is based, in part, on information found in your credit file.  Payment history, types of credit in use, outstanding debt/bankruptcies, length of credit history, and new applications for credit are types of information used to develop an Insurance Score.  The following factors are not used to develop an Insurance Score: income, gender, address, marital status, nationality/ethnic group, and religion.

The information used to calculate this score is received from our consumer report provider, LexisNexis Risk Solutions, Inc.  This notice is to inform you that the following information contained in your credit file influenced your insurance premium.  We have offered you the most competitive rate possible, and this notice is in no way a reflection of your actual credit score.

Your Insurance Score was primarily influenced by the following factors on your credit report:

NUMBER OF CONSUMER INITIATED INQUIRIES IN THE LAST 24 MONTHS

RATIO OF NUMBER OF BANK REVOLVING ACCOUNTS TO AGE OF OLDEST BANK
REVOLVING ACCOUNT
NUMBER OF ACCOUNTS OPENED IN THE LAST 12 MONTHS

RATIO OF TOTAL AMOUNT OF BALANCES ON OPEN ACCOUNTS TO AGE OF OLDEST
ACCOUNT

If no factors appear above, your policy is receiving a No Score.  A No Score means there was not enough information on your consumer credit file to develop a score, which influenced your insurance premium.

Occasionally, an extraordinary life circumstance (such as divorce, death of a spouse, or temporary loss of employment) may have a substantial impact on your credit file.  If you feel that your credit file has been affected by an extraordinary life circumstance, you may request that a Neutral Score be applied to your policy.  Please contact your agent if you believe you may be eligible for a Neutral Insurance Score.  Application of a Neutral Insurance Score may not always result in a lower premium.

You have the right to obtain a free copy of your consumer credit file from LexisNexis Risk Solutions, Inc. within 60 days of receipt of this notice.  LexisNexis Risk Solutions, Inc. did not determine your insurance premium and is unable to answer your questions regarding your policy premium.  You have the right to contact LexisNexis Risk Solutions, Inc. and dispute the accuracy or completeness of any information in your credit file.  To receive a free copy of your report, call or mail LexisNexis Risk Solutions, Inc. at the phone number or address listed below.  To help facilitate your order, please enter the NCF Reference number provided followed by the information for the insured listed below.

LexisNexis Consumer Service Center
P.O. Box 105108
Atlanta, GA 30348-5108
1-800-456-6004
NCF Reference #  18292211606338
Insured:  LEAH NEWLAND

You can also obtain a copy of your report on the Internet at: www.consumerdisclosure.com.  If corrections are made to your credit file, please contact your independent insurance agency.

99036 (1-16)



|  | Issued | 10-23-2018 |

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY  WOOD-DULOHERY INSURANCE INC
13-0033-00          MKT TERR 118          (620) 421-6900

INSURED  CRAIG E NEWLAND
LEAH C NEWLAND

ADDRESS  120 PINE RIDGE RD

PARSONS  KS  67357-8413

Endorsement Effective          10-19-2018

**POLICY NUMBER**          **50-944-649-02**

Company Use          75-06-KS-1611

Company Bill

| **POLICY TERM** | |
| 12:01 a.m. | 12:01 a.m. |
| 11-26-2017 | 11-26-2018 |

to

**AUTOMOBILE POLICY**
**DESCRIPTION OF CHANGES EFFECTIVE 10-19-2018**
**(See Declarations Attached)**

**CHANGED  INSURANCE SCORE**

|  | **TERM** | **ALL ITEMS** |
|---|---|---|
| TOTAL POLICY PREMIUM | **$4,620.09** | |
| (THIS IS NOT A BILL) | | No Charge |

# *Auto-Owners*

Page   1

99980 (1-14)
Issued   10-23-2018
Policyholder since 2016

**AUTOMOBILE POLICY DECLARATIONS**
**A+ PROGRAM**

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

AGENCY   WOOD-DULOHERY INSURANCE INC
13-0033-00          MKT TERR 118          (620) 421-6900

INSURED   CRAIG E NEWLAND
LEAH C NEWLAND

ADDRESS   120 PINE RIDGE RD

PARSONS KS 67357-8413

Endorsement Effective          10-19-2018
**POLICY NUMBER**          **50-944-649-02**

Company Use          75-06-KS-1611

| Company Bill | **POLICY TERM** | | |
|---|---|---|---|
| | 12:01 a.m. | to | 12:01 a.m. |
| | 11-26-2017 | | 11-26-2018 |

This policy is amended in consideration of the additional or return premium shown below.  This Declarations voids and replaces all previously issued Declarations bearing the same policy number and premium term.

| | **TERM** | **ALL ITEMS** |
|---|---|---|
| TOTAL POLICY PREMIUM | **$4,620.09** | |
| (THIS IS NOT A BILL) | | No Charge |

**DESCRIPTION OF ITEM INSURED**                                    **TERRITORY**

| 1.  2016 BUIC ENVISION SUV PREM AWD | 026 |
|---|---|
| VIN: LRBFXESXXGD173619 | Labette County, KS |
| Endorsement | |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Bodily Injury | $ 500,000 person/$ 500,000 occurrence | $173.52 | |
| Property Damage | $ 100,000 occurrence | 75.38 | |
| Uninsured and | | | |
| Underinsured Motorist | $ 500,000 person/$ 500,000 occurrence | 38.34 | |
| Personal Injury Protection | | 36.00 | |
| Increased Medical Benefits | $ 30,000 each person | | |
| Comprehensive | Actual Cash Value - $1,000 deductible | 395.08 | |
| Collision | Actual Cash Value - $1,000 deductible | 304.24 | |
| | **TOTAL** | $1,022.56 | |
| | | | No Charge |

Interested Parties:
Lienholder: GM FINANCIAL, PO BOX 1510, COCKEYSVILLE, MD 21030-7510

Additional Forms For This Item:          79299 (03-99)          79536 (07-94)          79939 (01-12)          99413 (08-14)          89023 (07-06)          89024 (07-06)
69434 (12-15)          89060 (10-13)

ITEM DETAILS: Automobile driven for pleasure/commute 0-3 use by a 52 year old operator.
Cost Symbol: 46-1B-41-6B-60.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies to Comprehensive premium.
5% ABS Discount applies to BI, PD, PIP, and Coll premiums.
Multi-Car Discount applies.
35% Air Bag Discount applies to PIP premium.
Garaging Address: 120 PINE RIDGE RD, PARSONS, KS 67357-8413

150

Page 2

AUTO-OWNERS INS. CO.

99980 (1-14)
Issued 10-23-2018

| AGENCY | WOOD-DULOHERY INSURANCE INC | | Company | **POLICY NUMBER** | **50-944-649-02** |
|---|---|---|---|---|---|
| | 13-0033-00 | MKT TERR 118 | Bill | Company Use | 75-06-KS-1611 |

INSURED CRAIG E NEWLAND

Term 11-26-2017 to 11-26-2018

---

| **DESCRIPTION OF ITEM INSURED** | **TERRITORY** |
|---|---|

| 2. 2011 GMC ACADIA SLT-2 | 026 |
|---|---|
| VIN: 1GKKVSED9BJ179223 | Labette County, KS |
| Endorsement | |

| **COVERAGES** | **LIMITS** | **PREMIUM** | **CHANGE** |
|---|---|---|---|
| Bodily Injury | $ 500,000 person/$ 500,000 occurrence | $173.97 | |
| Property Damage | $ 100,000 occurrence | 75.57 | |
| Uninsured and | | | |
| Underinsured Motorist | $ 500,000 person/$ 500,000 occurrence | 38.34 | |
| Personal Injury Protection | | 29.48 | |
| Increased Medical Benefits | $ 30,000 each person | | |
| Comprehensive | Actual Cash Value - $1,000 deductible | 207.83 | |
| Collision | Actual Cash Value - $1,000 deductible | 139.24 | |
| | **TOTAL** | $664.43 | |
| | | | No Charge |

Interested Parties: None

| Additional Forms For This Item: | 79299 (03-99) | 79536 (07-94) | 79939 (01-12) | 99413 (08-14) | 89023 (07-06) | 89024 (07-06) |
|---|---|---|---|---|---|---|
| 69434 (12-15) | | | | | | |

ITEM DETAILS: Automobile driven for pleasure/commute 0-3 use by a 54 year old operator.
Cost Symbol: 21-SB-13-8D-66.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies to Comprehensive premium.
5% ABS Discount applies to BI, PD, PIP, and Coll premiums.
Multi-Car Discount applies.
35% Air Bag Discount applies to PIP premium.
Garaging Address: 120 PINE RIDGE RD, PARSONS, KS 67357-8413

150

Page   3

99980 (1-14)

AUTO-OWNERS INS. CO.                                                                              Issued      10-23-2018

| AGENCY | WOOD-DULOHERY INSURANCE INC | | Company | **POLICY NUMBER** | **50-944-649-02** |
|---|---|---|---|---|---|
| | 13-0033-00 | MKT TERR 118 | Bill | Company Use | 75-06-KS-1611 |

INSURED   CRAIG E NEWLAND                                                           Term   11-26-2017   to   11-26-2018

---

| DESCRIPTION OF ITEM INSURED | TERRITORY |
|---|---|

| 3.  2013 NISS MURANO S/SL/LE | 026 |
|---|---|
| VIN: JN8AZ1MW6DW311230 | Labette County, KS |
| Endorsement | |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Bodily Injury | $ 500,000 person/$ 500,000 occurrence | $422.74 | |
| Property Damage | $ 100,000 occurrence | 183.63 | |
| Uninsured and | | | |
|   Underinsured Motorist | $ 500,000 person/$ 500,000 occurrence | 30.67 | |
| Personal Injury Protection | | 44.86 | |
|   Increased Medical Benefits | $ 30,000 each person | | |
| Comprehensive | Actual Cash Value - $1,000 deductible | 329.55 | |
| Collision | Actual Cash Value - $1,000 deductible | 507.64 | |
| | **TOTAL** | $1,519.09 | |
| | | | No Charge |

Interested Parties:
  Lienholder: NISSAN MOTOR ACCEPTANCE, PO BOX 254648, SACRAMENTO, CA 95865-4648

Additional Forms For This Item:   79299 (03-99)   79536 (07-94)   79939 (01-12)   99413 (08-14)   89023 (07-06)   89024 (07-06)
69434 (12-15)   89060 (10-13)

ITEM DETAILS:  Automobile driven for pleasure/commute 0-3 use by a 20 year old unmarried male - principal operator.
Cost Symbol: 29-9B-21-HB-60.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies to Comprehensive premium.
5% ABS Discount applies to BI, PD, PIP, and Coll premiums.
Good Student Discount I applies.
Multi-Car Discount applies.
35% Air Bag Discount applies to PIP premium.
Garaging Address: 120 PINE RIDGE RD, PARSONS, KS 67357-8413

150

| Page 4 | | | | 99980 (1-14) |
|---|---|---|---|---|

AUTO-OWNERS INS. CO.                                                                        Issued    10-23-2018

| AGENCY | WOOD-DULOHERY INSURANCE INC | | Company | **POLICY NUMBER** | **50-944-649-02** |
|---|---|---|---|---|---|
| | 13-0033-00 | MKT TERR 118 | Bill | Company Use | 75-06-KS-1611 |

INSURED   CRAIG E NEWLAND                                                    Term   11-26-2017  to  11-26-2018

---

| **DESCRIPTION OF ITEM INSURED** | **TERRITORY** |
|---|---|

| 4.  2015 NISS ALTIMA 3 5 | 026 |
|---|---|
| VIN: 1N4BL3AP8FC284813 | Labette County, KS |
| Endorsement | |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Bodily Injury | $ 500,000 person/$ 500,000 occurrence | $272.90 | |
| Property Damage | $ 100,000 occurrence | 118.55 | |
| Uninsured and | | | |
|   Underinsured Motorist | $ 500,000 person/$ 500,000 occurrence | 37.51 | |
| Personal Injury Protection | | 72.85 | |
|   Increased Medical Benefits | $ 30,000 each person | | |
| Comprehensive | Actual Cash Value - $1,000 deductible | 402.68 | |
| Collision | Actual Cash Value - $1,000 deductible | 470.49 | |
| Additional Expense | $ 40 per day/$1,200 each occurrence | 39.03 | |
| | **TOTAL** | $1,414.01 | |
| | | | No Charge |

Interested Parties:
Lienholder: NISSAN MOTOR ACCEPTANCE, PO BOX 254648, SACRAMENTO, CA 95865-4648

| Additional Forms For This Item: | 79299 (03-99) | 79536 (07-94) | 79537 (06-92) | 79939 (01-12) | 99413 (08-14) | 89023 (07-06) |
|---|---|---|---|---|---|---|
| 89024 (07-06) | 69434 (12-15) | 89060 (10-13) | | | | |

ITEM DETAILS:  Automobile driven for pleasure/commute 0-3 use by a 23 year old unmarried female - principal operator.
Cost Symbol: 40-9A-40-9A-03.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies to Comprehensive premium.
5% ABS Discount applies to BI, PD, PIP, and Coll premiums.
Good Student Discount I applies.
Multi-Car Discount applies.
35% Air Bag Discount applies to PIP premium.
Garaging Address: 120 PINE RIDGE RD, PARSONS, KS 67357-8413

150

| | **TERM** | **ALL ITEMS** |
|---|---|---|
| TOTAL POLICY PREMIUM | **$4,620.09** | |
| (THIS IS NOT A BILL) | | No Charge |

| Forms That Apply To All Items: | 89432 (04-09) | 89449 (04-10) | 79001 (03-99) | 89058 (04-07) | 99334 (08-14) | 89072 (09-07) |
|---|---|---|---|---|---|---|
| 89082 (09-07) | 89100 (08-15) | 69405 (01-16) | 89125 (11-14) | 69270 (05-14) | | |

Policy Rate Code 0004
Auto/Home Multi-policy discount.
Auto/Life Multi-policy discount.
Auto/Umbrella Multi-policy discount.
Insurance Score: X751
Loss History Rating 1A applies
Advance Quote Discount
Payment History Discount Applies.

Page   5

99980 (1-14)

AUTO-OWNERS INS. CO.

Issued    10-23-2018

| AGENCY | WOOD-DULOHERY INSURANCE INC | | Company | **POLICY NUMBER** | **50-944-649-02** |
|---|---|---|---|---|---|
| | 13-0033-00 | MKT TERR 118 | Bill | Company Use | 75-06-KS-1611 |

INSURED   CRAIG E NEWLAND

Term   11-26-2017   to   11-26-2018

| DESCRIPTION OF ITEM INSURED | TERRITORY |
|---|---|

**Rated Driver List**

Listed below are drivers currently rated on this policy

**NEWLAND, CRAIG   Age 54**

**NEWLAND, LEAH   Age 52**

**NEWLAND, RACHEL   Age 23**

**NEWLAND, MAXWELL   Age 20**

# *Automobile Insurance Policy*

*Auto-Owners Insurance Company*

**POLICY NON-ASSESSABLE**

This policy is non-assessable.  Subject to the provisions of General Condition 2. CHANGES and any audit provisions of any coverage provided, the premium stated in the Declarations is the only premium you will be asked to pay.

**PARTICIPATING**

You will be entitled to an equitable participation in Company funds in excess of the amount required to pay expenses and all the losses or claims or other policy obligations incurred, together with the reserve and surplus funds required or permitted by law.  A distribution will be made only in accordance with the decision of our Board of Directors acting under the insurance laws and under our charter.

**NOTICE OF MEMBERSHIP AND ANNUAL MEETING**

Because we are a mutual company, this policy makes you a member of the Auto-Owners Insurance Company.  You are entitled to vote, in person or by proxy, at all meetings.  Our annual policyholder's meetings are held at our home office at Lansing, Michigan on the second Monday in May in each year at 10:00 A.M.

In witness whereof, we, the Auto-Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary                                    President

79023 (7-12)

Agency Code   13-0033-00                                              Policy Number   50-944-649-02

79001 (3-99)

This policy is a legal contract between you and us.  Your policy includes the Declarations, any listed forms and any form issued to endorse the policy.  The policy contains all agreements existing between you and us or any of our agents.

**READ YOUR POLICY CAREFULLY.**  This cover sheet provides only a brief outline of some of the important features of your policy.  The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company.  **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

## A QUICK GUIDE TO YOUR POLICY

The DECLARATIONS contain:     YOUR NAME
                               POLICY TERM
                               YOUR AUTOMOBILE
                               COVERAGES
                               LIMITS OF LIABILITY
                               ENDORSEMENTS THAT APPLY

YOU WILL FIND                                                         ON PAGE

**INSURING AGREEMENT**                                                 1
**SECTION I - DEFINITIONS**                                            1
**SECTION II - LIABILITY COVERAGE**                                    2
   1. COVERAGE                                          2
   2. EXCLUSIONS                                        3
   3. COVERAGE EXTENSIONS                               5
   4. LIMIT OF LIABILITY                                5
   5. FINANCIAL RESPONSIBILITY AND COMPULSORY           6
      INSURANCE LAWS
   6. OTHER INSURANCE                                   6
**SECTION III - DAMAGE TO YOUR AUTOMOBILE**                            6
   1. COVERAGES                                         6
   2. EXCLUSIONS                                        8
   3. COVERAGE EXTENSIONS                               9
   4. LIMIT OF LIABILITY                                10
**SECTION IV - INDIVIDUAL NAMED INSURED**                              11
   1. LIABILITY COVERAGE                                11
   2. DAMAGE TO YOUR AUTOMOBILE                         11
**SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS**             11
   1. NOTIFY US PROMPTLY                                11
   2. ASSIST AND COOPERATE                              12
   3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS            12
**SECTION VI - GENERAL CONDITIONS**                                    12
   1. POLICY PERIOD AND TERRITORY                       12
   2. CHANGES                                           12
   3. FRAUD                                             13
   4. LEGAL ACTION AGAINST US                           13
   5. SEVERABILITY                                      13
   6. DUPLICATION OF COVERAGE                           13
   7. ASSIGNMENT                                        13

# INSURING AGREEMENT

The attached Declarations describe the **automobile(s) we** insure and the Coverages and Limits of Liability for which **you** have paid a premium. **We** agree to insure the described **automobile**(s) for those Coverages and Limits of Liability subject to the terms and conditions of this policy. In return **you** must pay the premium and comply with all the terms and conditions of this policy.

# SECTION I - DEFINITIONS

To understand this policy, **you** must understand the meaning of the following words. These words appear in **bold face type** whenever used in this policy and endorsements attached to this policy.

1. **Automobile** means a **private passenger automobile**, a truck, truck tractor, **trailer**, **farm implement** or other land motor vehicle.

2. **Bodily injury** means physical injury, sickness or disease sustained by a person including resulting death of that person.

3. **Equipment** means an apparatus or device permanently attached to or installed in **your automobile**. **Equipment** includes an apparatus or device specifically for use with **your automobile**.

4. **Farm implement** means motorized self-propelled farm machinery.

5. **Insured contract** means:

   a. a lease of premises;

   b. a sidetrack agreement;

   c. an easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

   d. any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   e. an indemnification of a municipality as required by ordinance, except in connection with work for a municipality; or

   f. that part of any other contract or agreement pertaining to **your** business under which **you** assume the tort liability of another to pay damages because of **bodily injury** or **property damage** to a third person or organization, if the contract or agreement is

made before the **bodily injury** or **property damage** occurs. Tort liability means liability that would be imposed by law in the absence of any contract or agreement.

An **insured contract** does not include that part of any contract or agreement:

   a. that pertains to the loan, lease or rental of an **automobile** to **you**; or

   b. that holds a person or organization engaged in the business of transporting property for hire harmless for **your** use of **your automobile** over a route or territory that person or organization is authorized to serve by public authority.

6. **Occurrence** means an accident that results in **bodily injury** or **property damage** and includes, as one **occurrence**, all continuous or repeated exposure to substantially the same generally harmful conditions.

7. **Private passenger automobile** means:

   a. a passenger or station wagon type **automobile** with four or more wheels;

   b. pickup or van type **automobile** with a gross weight of 15,000 pounds or less which is not used in the business of carrying passengers for hire; or

   c. a motorhome.

8. **Property damage** means damage to or destruction of tangible property including resulting loss of use of that property.

9. **Relative** means a person who resides with **you** and who is related to **you** by blood, marriage or

Agency Code   13-0033-00                                                                     Policy Number   50-944-649-02

adoption.  **Relative** includes a ward or foster child who resides with **you**.

10. **Suit** means a civil court proceeding in which damages because of **bodily injury** or **property damage** to which this insurance applies are alleged.

11. **Trailer** means a vehicle which is designed to be connected to and towed by an **automobile**.

12. **You** or **your** means the first named **insured** shown in the Declarations and if an individual, **your** spouse who resides in the same household.

13. **Your automobile** means the **automobile** described in the Declarations.

14. **We**, **us** or **our** means the Company providing this insurance.

# SECTION II - LIABILITY COVERAGE

1. **COVERAGE**

   a. **Liability Coverage - Bodily Injury and Property Damage**

      **We** will pay damages for **bodily injury** and **property damage** for which **you** become legally responsible because of or arising out of the ownership, maintenance or use of **your automobile** (that is not a **trailer**) as an **automobile**.  **We** will pay such damages:

      (1) on **your** behalf;

      (2) on behalf of any **relative** using **your auto- mobile** (that is not a **trailer**);

      (3) on behalf of any person using **your auto- mobile** (that is not a **trailer**) with **your** permission or that of a **relative**; and

      (4) on behalf of any person or organization legally responsible for the use of **your auto- mobile** (that is not a **trailer**) when used by **you**, a **relative**, or with **your** permission or that of a **relative**.

      **We** will settle or defend, as **we** consider appropriate, any claim or **suit** for damages covered by this policy.  **We** will do this at **our** expense, using attorneys of **our** choice.  This agreement to settle or defend claims or **suits** ends when **we** have paid the limit of **our** liability.

   b. **Trailers**

      (1) The Liability Coverage provided by this

policy for **your automobile** (that is not a **trailer**) or provided for any other **automobile** (that is not a **trailer**) extends:

   (a) to any **trailer** connected to or accidentally disconnected from such **automobile**.  This coverage includes the **trailer** owner.

   (b) to any non-motorized farm machine or farm wagon while connected to or accidentally disconnected from such **automobile**.  This coverage includes the non-motorized farm machine or farm wagon owner.  No coverage applies to the operation or to the loading or unloading of the non-motorized farm machine or the farm wagon.

(2) The Liability Coverage provided by this policy for **your automobile** (that is not a **trailer**) also extends to any **trailer** not maintained or used for commercial purposes:

   (a) which is owned by **you**.

   (b) which is owned by a **relative** who also owns an **automobile** (that is not a **trailer**) scheduled in the Declarations.

   (c) which is owned by a **relative** who does not own an **automobile** other than the **trailer**.

   (d) which is not owned by an individual described in (a), (b) or (c) above while the trailer is in the care, custody, or

Agency Code   13-0033-00

Policy Number   50-944-649-02

control of such individual.

Coverage is extended only when such **trailer**:

**(a)** is not connected to an **automobile**. This coverage applies to only **your** liability or **your relative's** liability arising from the ownership or use of the **trailer**.

**(b)** is connected to an **automobile** (that is not a **trailer**) for which Liability Coverage is not provided by this policy. This coverage applies to only **your** liability or **your relative's** liability arising from use of the **trailer** by a person or organization other than **you** or **your relative**. No coverage applies to the owner or operator of the **automobile** or to the owner of a **trailer** described in (d) above.

**c.   Other Automobiles Covered**

The Liability Coverage provided for **your automobile** also applies to certain other **automobiles**. It applies:

**(1)** to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**. **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction. The owner of the substitute **automobile** is not covered.

**(2)** to an **automobile** of the same type which **you** acquire after the inception date of the current policy term if:

**(a)** it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than the expiration date of the policy term during which the **automobile** was acquired; or

**(b)** it is an additional **automobile** and **we** insure all **automobiles you** already own provided **you**:

**1)** report the additional **automobiles** to **us** within 30 days of delivery; and

**2)** pay any required additional premiums.

This extension does not apply if **you** have other liability insurance that applies to the **automobile you** acquire.

**2.   EXCLUSIONS**

Liability Coverage does not apply:

**a.** to any person for **bodily injury** or **property damage** arising out of or resulting from an intentional act of that person.

**b.** to any person operating or employed by an **automobile** garage, repair shop, sales agency, service station or public parking place. This exclusion does not apply to:

**(1) you**;

**(2)** a **relative**; or

**(3)** any person associated with or employed by **you**;

while using **your automobile** in such business.

**c.** to any **automobile** while used as a public or livery conveyance. This exclusion does not apply to car pooling on a share the expense basis.

**d.** to any **automobile** while:

**(1)** preparing for;

**(2)** practicing for; or

**(3)** participating in;

any prearranged racing, speed or demolition contest.

e. to any person or organization with respect to the loading or unloading of **your automobile**. **We** will cover **you** or **your** employee or a lessee or borrower of **your automobile** or that person's employee.

f. to any person or organization (or that person's or organization's agents, employees or contractors) subject to the security requirements of any motor carrier law or regulation because of transporting property for **you** or for others. This exclusion does not apply to **you**.

g. to liability which is assumed under any contract or agreement. This exclusion does not apply to such liability for damages that **you**:

(1) assumed under a contract or agreement that is an **insured contract**;

(2) would have in the absence of a contract or agreement; or

(3) assumed in a **private passenger automobile** lease or rental agreement, provided **you** are an individual.

h. to any person or organization for damage to property that person or organization is transporting. This exclusion does not apply to liability **you** have assumed under a sidetrack agreement.

i. to any person or organization for damage to property or an **automobile** owned by, rented to or in the care, custody or control of that person or organization.

j. to any expenses that would be payable under any workers compensation law, unemployment compensation or disability benefits law or under any similar law.

k. to any person not employed by **you** for **bodily injury** to an employee who is injured on the job except:

(1) **bodily injury** to a domestic employee when workers compensation benefits are not required or available; or

(2) when such liability is assumed by **you** under an **insured contract**.

l. to **your** employee for claims brought against him or her by another of **your** employees injured on the job.

m. to any person or organization for **bodily injury** to:

(1) an employee of that person or organization; or

(2) a spouse, child, parent, brother or sister of the employee which results from the injury to the employee;

when that injury arises out of and in the course of employment by that person or organization. This exclusion applies:

(1) whether a claim is made against such person or organization as employer or otherwise; and

(2) to any obligation to share damages with or repay another who must pay damages because of the injury.

This exclusion does not apply to liability **you** have assumed under an **insured contract**.

n. to **bodily injury** or **property damage** for which insurance is available under any nuclear energy liability policy. This exclusion applies even if the nuclear energy liability policy limits of liability are exhausted.

o. to **bodily injury** or **property damage** for which financial responsibility or liability insurance is required to be maintained under the Atomic Energy Act of 1954, as amended, or for which governmental indemnity is available.

p. to liability for **bodily injury** or **property damage** caused by war, whether declared or not declared, insurrection or any of their consequences whether or not assumed under a contract or agreement.

3. **COVERAGE EXTENSIONS**

In addition to **our** limit of liability, **we** will also pay:

**a.** premiums on appeal bonds in any **suit we** defend. **We** will not apply for or furnish such bonds.

**b.** premiums on bonds to release attachments, but only for bond amounts that do not exceed the applicable limit of liability. **We** will not apply for or furnish such bonds.

**c.** premiums on bail bonds required because of an accident or related traffic law violation, involving **your automobile** during the policy period. **We** will not apply for or furnish such bonds. **Our** maximum payment is $250 per **occurrence**.

**d.** interest on damages owed by **you** because of a judgment in a **suit we** defend and accruing:

  **(1)** after the judgment, and until **we** pay, offer or deposit in court, the amount for which **we** are liable under this policy; or

  **(2)** before the judgment, where owed by law, but only on that part of the judgment **we** pay.

**e.** expenses **you**, a **relative** or a person using **your automobile** with **your** permission, incur for first aid to others at the time of an **occurrence** covered by this policy.

**f.** all costs charged against **you** in a **suit we** defend and all reasonable expenses incurred at **our** request including actual loss of earnings up to $100 per day.

**4. LIMIT OF LIABILITY**

**We** will pay damages for **bodily injury** or **property damage** up to the limit of liability stated in the Declarations for this coverage. Such damages shall be paid as follows:

**a.** For **bodily injury**:

  **(1)** The limit stated for "each person" is the amount of coverage and the most **we** will

pay for all damages because of or arising out of **bodily injury** to one person in any one **occurrence**.

  **(2)** The limit stated for "each occurrence" is the total amount of coverage and the most **we** will pay, subject to a.(1) above, for all damages because of or arising out of **bodily injury** to two or more persons in any one **occurrence**.

**b.** For **property damage**, the limit stated is the amount of coverage and most **we** will pay for **property damage** in any one **occurrence**.

**c.** The limit of liability applicable to a **trailer**, non-motorized farm machine or farm wagon which is connected to an **automobile** covered by this policy shall be the limit of liability applicable to such **automobile**. The **automobile** and connected **trailer**, non-motorized farm machine or farm wagon are considered one **automobile** and do not increase the limit of liability.

**d.** The limit of liability applicable to a **trailer** covered by this policy:

  **(1)** which is not connected to an **automobile**; or

  **(2)** which is connected to an **automobile** not covered by this policy;

  shall be the limit of liability applicable to **your automobile**. If this policy covers more than one of **your automobiles**, the highest limit of liability applicable to any one such **automobile** shall apply.

**e.** The limit of liability for this coverage may not be added to the limits for the same or similar coverage applying to other **automobiles insured** by this policy to determine the amount of coverage available for any one **occurrence** regardless of the number of:

  **(1)** **automobiles** shown in the Declarations;

  **(2)** premiums charged in the Declarations or premiums paid;

(3) claims presented or **suits** brought;

(4) persons injured; or

(5) **automobiles** involved in the **occurrence**.

## 5. FINANCIAL RESPONSIBILITY AND COMPULSORY INSURANCE LAWS

While **your automobile** is subject to laws of another state or Canada, **we will**:

a. increase the Limit of Liability for Liability Coverage to comply with the minimum requirements of a financial responsibility or compulsory insurance law of the jurisdiction where **your automobile** is being operated; and

b. afford the minimum amounts for the types of mandatory coverages required by the jurisdiction where **your automobile** is being operated.

This provision does not apply to any limits required by any law governing motor carriers of property or passengers.

**We** will not duplicate payments available under this or any other insurance for the same elements of loss.

## 6. OTHER INSURANCE

Except as stated below, the Liability Coverage provided by this policy for **your automobile** shall be primary and with regard to any other **automobile** to which it applies, coverage shall be excess of any other applicable **automobile** liability insurance.

a. When this insurance is primary and there is other **automobile** liability insurance which is stated to be applicable on an excess or contingent basis, **our** liability shall not be reduced by the existence of such insurance.

b. When both this insurance and other insurance apply on the same basis, whether primary, excess or contingent, **we** shall be liable for only **our** share. **Our** share shall be the ratio of the amount of this insurance to the total amount of all collectible **automobile** liability insurance.

c. Subject to a. and b. above, this coverage shall be primary when any **trailer** is connected to **your automobile** (that is not a **trailer**).

d. Subject to b. above, this coverage shall be excess when any **trailer** is connected to an **automobile** (that is not a **trailer**), except **your automobile** (that is not a **trailer**).

# SECTION III - DAMAGE TO YOUR AUTOMOBILE

## 1. COVERAGES

a. **Fire Coverage**

**We** will pay for loss of or damage to **your automobile** and its equipment caused by:

(1) fire or lightning.

(2) smoke or smudge because of a sudden, unusual or faulty operation of any fixed heating equipment where **your automobile** is stored.

(3) windstorm, hail, earthquake, explosion, external discharge or leakage of water.

**We** cover damage resulting from the stranding, sinking, burning, collision or derailment of any equipment being used to transport **your automobile** on land or water. **We** will also pay for general average and salvage charges for which **you** may be legally responsible.

b. **Theft Coverage**

**We** will pay for loss of or damage to **your automobile** and its **equipment** caused by theft, larceny, robbery or pilferage. **We** cover **your** loss when **you** are tricked into giving **your automobile** to another person.

Agency Code   13-0033-00

Policy Number   50-944-649-02

### c. Comprehensive Coverage

**We** will pay for loss of or damage to **your auto-mobile** and its **equipment** from any cause except upset or collision with another object or with a vehicle to which it is attached.

**We** will also pay for:

**(1)** glass breakage from any cause including upset or collision;

**(2)** damage caused by missiles or falling objects; and

**(3)** damage caused by collision with an animal or bird.

When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.

### d. Collision Coverage

**We** will pay for loss or damage to **your auto-mobile** and its **equipment** caused by accidental collision with another object or by accidental upset.

When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.  If **your automobile** is a **private passenger automobile**, the deductible does not always apply.  The deductible shall not apply:

**(1)** in a collision with another **automobile**:

    **(a)** **we** insure and which **you** do not own, rent or have in **your** care, custody or control; or

    **(b)** whose owner or operator has been identified; and

        **1)** is legally responsible for the entire amount of the damage; and

        **2)** is covered by a **property damage** liability policy or bond;

but only if the damage exceeds the deductible amount.

**(2)** to **your** legally parked **private passenger automobile** in the event it is accidentally struck by another of **your private passenger automobiles**, provided Collision Coverage applies to both such **automobiles**.

### e. Road Trouble Service

**We** will reimburse **you** up to the amount stated in the Declarations for this coverage in any one emergency:

**(1)** for towing **your automobile** to the nearest available garage; and

**(2)** for the cost of labor performed on **your automobile** at the place of the emergency.

### f. Other Automobiles Covered

The Damage To Your Automobile Coverages provided for **your automobile** also apply to certain other **automobiles**.  They apply:

**(1)** to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**.  **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction.

**(2)** to an **automobile** of the same type which **you** acquire after the inception date of the current policy term subject to the following:

    **(a)** If the **automobile** replaces **your auto-mobile**, **we** will apply only those coverages that apply to the **automobile** being replaced.  **You** must report the replacement **automobile** to **us** no later than the expiration date of the policy term during which the **automobile** was acquired.

    **(b)** If the **automobile** is an additional **automobile** and **we** insure all **automobiles you** already own, **we** will apply only those coverages which are common to all of **your automobiles we** insure

provided **you**:

1) report the additional **automobile** to **us** within 30 days after **you** take possession; and

2) pay any required additional premiums.

**You** may, at any time during the first 30 days after **you** take possession of the **automobile**, purchase the broadest coverages applicable to any one **automobile** scheduled in the Declarations.

These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner.  However, paragraph f.(1) above applies if **you** are legally liable.

## 2. EXCLUSIONS

Fire, Theft, Comprehensive and Collision Coverages do not apply to:

**a.**  loss of or damage to **your automobile** because of confiscation or destruction by any civil or governmental authorities because of illegal activities engaged in by:

(1) **you**; or

(2) a **relative**.

This exclusion does not apply to a loss payee's interest in **your automobile**.

**b.**  loss of or damage to **your automobile** because of or arising out of **your** intentional act or an intentional act committed at **your** direction or with **your** knowledge.  This exclusion does not apply to a loss payee's interest in **your automobile**.

**c.**  conversion, embezzlement or secretion by any person lawfully having **your automobile** under a sale, lease or similar agreement.

**d.**  any **automobile** while:

(1) preparing for;

(2) practicing for; or

(3) participating in;

any prearranged racing, speed or demolition contest.

**e.**  loss of use, except as provided in Coverage Extensions.

**f.**  wear and tear, freezing, mechanical or electrical breakdown, other than burning of wiring, unless this damage follows and results from other loss or damage covered by this policy.

**g.**  tires, unless the loss or damage is caused by:

(1) fire;

(2) theft; or

(3) malicious mischief; or

is part of other damage covered by this policy.

**h.**  a stereo tape or disc player:

(1) that is not attached to **your automobile**; and

(2) is not receiving its power from **your automobile**'s electrical system.

**i.**  stereo tapes, cassettes, discs or cartridges or related items.

**j.**  any caddy, case or container designed for storing or carrying stereo tapes, cassettes, discs or cartridges.

**k.**  unless described in the Declarations and a premium charged:

(1) a camper body; or

(2) a pickup cover with built-in cooking and sleeping equipment.

l.  A citizens-band radio, mobile or cellular telephone, television or other similar device for sending or receiving communications, including related items.  However, these devices are covered if:

   **(1)** standard or optional **equipment** from the manufacturer of **your automobile** for that make, model and model year;

   **(2)** permanently installed in the dash or console opening designed for such **equipment**; or

   **(3)** described in the Declarations and a premium charged.

m.  a radio, stereo, stereo tape deck, compact disc player or other similar device designed for the reproduction of sound, including related items.  However these devices are covered if:

   **(1)** standard or optional **equipment** for the manufacturer of **your automobile** for that make, model and model year; or

   **(2)** permanently installed in **your automobile**.

   **Our** liability under m.(2) above shall not exceed $1000 unless a greater amount is shown in the Declarations and a premium charged.

n.  Any device designed or used to detect or locate radar or any other speed measuring or calculating apparatus.

o.  radioactive contamination.

p.  loss caused by:

   **(1)** declared or undeclared war or insurrection; or

   **(2)** explosion of a nuclear weapon or its consequences.

## 3.  COVERAGE EXTENSIONS

### a.  Trailers

The Damage To Your Automobile Coverages provided to **your automobile** extend to certain **trailers you** do not own.  The **trailer** must:

   **(1)** be designed for use with a **private passenger automobile**;

   **(2)** used with **your private passenger automobile**; and

   **(3)** be other than a **trailer** of the home, office, store, display, or passenger type.

   **Our** limit of liability for all loss and damage under this coverage extension is $500 in any one **occurrence**.

### b.  Loss Of Use By Theft

Under Theft Coverage or Comprehensive Coverage, **we** will reimburse **you** for transportation expenses if **your private passenger automobile** is stolen.  **We** will pay up to $20 per day but not more than $600 in one **occurrence**.  **We** will pay such expenses incurred beginning 48 hours after **you** report the theft to **us** and to the police and ending when **your automobile** is returned to use or **we** pay for its loss.

### c.  Transportation Cost

Under the coverages for Damage To Your Automobile **we** will reimburse **you** for expenses **you** incur for transportation from where **your automobile** was disabled to **your** home or intended destination.  The maximum payment is $25 for each **occurrence**.

### d.  Personal Property

If **your automobile** is a **private passenger automobile**, **we** will extend the Comprehensive Coverage and the Collision Coverage that apply to **your automobile** to loss of or damage to personal property contained in or on **your automobile**.  This coverage extension is subject to the following:

   **(1)** The personal property must be owned by **you**, a **relative**, or **your** employee.

**(2)** Comprehensive Coverage is extended only for loss or damage because of:

    **(a)** fire;
    **(b)** lightning;
    **(c)** theft or attempted theft.

Unless the entire **automobile** is stolen, there must be visible signs of someone breaking into the **automobile** for (2)(c) above to apply.

**(3)** This coverage extension does not apply to:

    **(a)** stereo tapes, cassettes, discs or cartridges or related items.

    **(b)** a citizens-band radio, mobile or cellular telephone, television or other similar device for sending or receiving communications, including related items.

    **(c)** a radio, stereo, stereo tape deck, compact disc player or other similar device designed for the reproduction of sound, including related items.

    **(d)** property used in a business, trade or profession.

    **(e)** money or jewelry.

    **(f)** any device designed or used to detect or locate radar or any other speed measuring or calculating apparatus.

    **(g)** property specifically **insured**.

**(4)** **Our** limit of liability for all loss or damage under this coverage extension is $200 in any one **occurrence**.

## 4.   LIMIT OF LIABILITY

**a.** **We** will pay no more than the lowest of the following:

    **(1)** the actual cash value of stolen or damaged property;
    **(2)** the necessary cost, at local prices, to repair or replace the property or damaged parts with material of similar kind and quality; or
    **(3)** the Limit of Liability stated in the Declarations.

**b.** **We** will, at **our** option, replace **your automobile** with a new one of equal value or pay **you your** original purchase price if:

    **(1)** **your automobile** is a **private passenger automobile**;
    **(2)** **you** purchased it new;
    **(3)** **we** determine the loss or damage can not be repaired; and
    **(4)** the loss or damage occurs within 90 days of the purchase date.

**c.** **Your automobile** may have been altered, remodeled, converted or modified so that its value is substantially increased over that of a standard **automobile** of the same make and model.  In that case, **we** will pay only a proportional share of any loss or damage.  **We** will pay the proportion that the value of a standard **automobile** bears to the value of **your automobile**.  This applies only when alteration, remodeling, conversion or modification affects the amount of the loss.  It does not apply when an additional premium is charged based on the increased value.

**d.** If a loss can be paid under either Comprehensive or Collision Coverage, payment will be made under the coverage that pays **you** the most.

Agency Code   13-0033-00                                          Policy Number   50-944-649-02

# SECTION IV - INDIVIDUAL NAMED INSURED

If the first named **insured** in the Declarations is an individual and the **automobile** described in the Declarations is a **private passenger automobile** the following extensions of coverage apply.

**1.   LIABILITY COVERAGE - BODILY INJURY AND PROPERTY DAMAGE**

   **a.**   The Liability Coverage provided for **your automobile** (that is not a **trailer**) also applies to an **automobile** (that is not a **trailer**) not:

      **(1)**   owned by or furnished or available for regular use to **you** or anyone living with **you**.  However, **we** will cover **your** liability for **your** use of an **automobile** (that is not a **trailer**) owned by or furnished for the regular use of a **relative**.

      **(2)**   used in an **automobile** garage repair shop, sales agency, service station or public parking business **you** own or operate.

   **b.**   **We** extend this coverage only:

      **(1)**   to **you**;
      **(2)**   to **relatives** who do not own an **automobile** (that is not a **trailer**); and
      **(3)**   to anyone legally responsible for the use of the **automobile** (that is not a **trailer**) by the persons in (1) and (2) above.

   **c.**   **We** do not cover:

      **(1)**   the owner of the **automobile** (that is not a **trailer**).
      **(2)**   an **automobile** used in **your** business or occupation or that of a **relative**, unless it is:
         **(a)**   a **private passenger automobile**; and

      **(b)**   used by **you**, such **relative** or the chauffeur or household employee of either.

      **(3)**   **you** or a **relative** using an **automobile** (that is not a **trailer**) without a reasonable belief of permission to do so.

**2.   DAMAGE TO YOUR AUTOMOBILE**

   **a.**   The Damage to Your Automobile Coverages provided for **your automobile** also apply to an **automobile** not:

      **(1)**   owned by or furnished or available for regular use to **you** or anyone living with **you**.
      **(2)**   used in an **automobile** garage, repair shop, sales agency, service station or public parking business **you** own or operate.

   **b.**   **We** extend this coverage only:

      **(1)**   to **you**; and
      **(2)**   to **relatives** who do not own an **automobile**.

   **c.**   **We** do not cover an **automobile** used in **your** business or occupation or that of a **relative** unless it is:

      **(1)**   a **private passenger automobile**; and
      **(2)**   used by **you**, such **relative**, or the chauffeur or household employee of either.

   **d.**   These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner.  However, they do apply if **you** are legally liable.

# SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS

**1.   NOTIFY US PROMPTLY**

   **a.**   **You** and any person seeking coverage under this policy must notify **us** promptly as to how, when and where the accident happened.  **We**

must have the names and addresses of any injured person and of any witnesses. Notice and documentation of loss must be given if **we** require it. Any loss or damage caused by theft, larceny, robbery, pilferage or trickery must be promptly reported to the police.

**b.** If claim is made or **suit** is brought against **you** or any person entitled to coverage, **we** must be advised promptly. All papers in connection with claims or **suits** must be sent to **us** without delay.

**c.** Under Uninsured Motorist Coverage and/or Underinsured Motorist Coverage, any person making claim must:

    **(1)** give **us** written notice and documentation of loss;

    **(2)** submit to examinations by physicians **we** select as often as **we** require; and

    **(3)** authorize **us** to obtain medical reports and other pertinent records.

    **We** must be given copies of the legal papers if **suit** is brought against any person believed to be legally responsible.

**2. ASSIST AND COOPERATE**

**a.** **You** and any person seeking coverage under this policy must cooperate with **us** in the investigation, settlement or defense of any

claim or **suit**. This includes submitting to a statement under oath and giving **us** access to any documents which **we** request.

**b.** When a claim is made for damage to **your automobile**, **you** must let **us** examine the vehicle before repairs are made or evidence of loss removed.

**c.** Following damage to **your automobile**, every reasonable effort must be made to protect the vehicle against further loss. **We** will pay the reasonable expenses incurred to do this.

**3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS**

**a.** If **we** make a payment under this policy and the person to or for whom payment is made has a right to recover damages from another, **we** will be entitled to that right. That person shall do everything necessary to transfer that right to **us** and shall do nothing to prejudice it.

**b.** The person to or for whom payment is made under Uninsured Motorist Coverage and/or Underinsured Motorist Coverage must hold in trust for **us** his rights of recovery against any legally liable person. He must do all that is proper to secure such rights and must do nothing to prejudice them. He must take any required action in his name to recover damages and reimburse **us** out of any proceeds to the extent of **our** payment.

# SECTION VI - GENERAL CONDITIONS

**1. POLICY PERIOD AND TERRITORY**

This policy applies only to accidents and losses which happen during the **policy** period as shown in the Declarations. They must take place within the United States of America, its territories or possessions, Canada or Mexico or between their ports.

**2. CHANGES**

**a.** This policy contains all the agreements between **you** and **us** or any of **our** agents

relating to this insurance. The terms of this policy may not be changed except by written endorsement issued by **us**.

**b.** **We** may adjust **your** premium during the policy term because of changes in the factors that were used to determine such premium. These factors include but are not limited to:

    **(1)** the principal place of garaging **your automobile**;

    **(2)** coverages, limits of liability and deductibles;

**(3)** the type, make and model of **your automobile** and its use;

**(4)** the operators of **your automobile**.

Premium adjustments will be made at the time of such changes or when **we** become aware of the changes, if later.  **We will** use the governing rules and rates in effect on the inception date of the policy term.

## 3.  FRAUD

**We** will not cover any person seeking coverage under this policy who has made fraudulent statements or engaged in fraudulent conduct with respect to procurement of this policy or to any **occurrence** for which coverage is sought.

## 4.  LEGAL ACTION AGAINST US

**a.** No legal action may be brought against **us** until there has been full compliance with all the terms of this policy.  Further, under the Liability Coverage no legal action may be brought until **we** agree a person entitled to coverage has an obligation to pay or until the amount of that obligation has been determined by judgement after trial.  No one has any right under this policy to bring **us** into any action to determine the liability of any person **we** have agreed to protect.

**b.** Bankruptcy or insolvency of any person **we** have agreed to protect will not relieve **us** of any obligation under the terms of this policy.

## 5.  SEVERABILITY

Except as to **our** limit of liability, the coverage provided by this policy applies separately to each

person against whom claim is made or **suit** is brought.

## 6.  DUPLICATION OF COVERAGE

**a.** If this policy and any other policy or form of coverage provided by **us** or a company affiliated with **us**, provide coverage for the same loss or damage, **our** maximum limit of liability under all the policies or forms of coverage shall not exceed the highest limit of liability under any single policy or form of coverage applicable to the loss or damage.

**b.** This condition does not apply to any policy or form of coverage issued by **us** or a company affiliated with **us** to specifically provide excess insurance over this policy.

## 7.  ASSIGNMENT

No interest in this policy may be assigned without **our** written consent.  But, if **you** should die within the policy term, the policy will cover as though named in the Declarations:

**a.** **your** spouse, if **you** are an individual;

**b.** **your** legal representative but only with respect to his legal responsibility for the maintenance or use of **your automobile**; and

**c.** any person having proper temporary custody of **your automobile** until a legal representative is appointed;

provided **we** are given written notice of **your** death within 60 days.  This requirement does not apply with regard to **your** spouse.

79939 (1-12)

# SECTION III - DAMAGE TO YOUR AUTOMOBILE AMENDATORY ENDORSEMENT
### Automobile Policy

It is agreed:

1. Under **SECTION III - DAMAGE TO YOUR AUTO-MOBILE, 1. COVERAGES a., b., c.** and **d.** are deleted and replaced by the following:

   1. **COVERAGES**

      a. **Fire Coverage**

         **We** will pay for direct physical damage to **your automobile** and its **equipment** caused by:

         (1) fire or lightning.
         (2) smoke or smudge because of a sudden, unusual or faulty operation of any fixed heating equipment where **your automobile** is stored.
         (3) windstorm, hail, earthquake, explosion, external discharge or leakage of water. **We** cover damage resulting from the stranding, sinking, burning, collision or derailment of any equipment being used to transport **your automobile** on land or water. **We** will also pay for general average and salvage charges for which **you** may be legally responsible.

      b. **Theft Coverage**

         **We** will pay for direct physical loss of or direct physical damage to **your automobile** and its **equipment** caused by theft, larceny, robbery or pilferage. **We** cover **your** loss when **you** are tricked into giving **your automobile** to another person.

      c. **Comprehensive Coverage**

         **We** will pay for direct physical loss of or direct physical damage to **your automobile** and its **equipment** from any cause except upset or collision with another object or with a vehicle to which it is attached.

         **We** will also pay for:

      (1) glass breakage from any cause including upset or collision;
      (2) damage caused by missiles or falling objects; and
      (3) damage caused by collision with an animal or bird.

      When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount.

      d. **Collision Coverage**

         **We** will pay for direct physical damage to **your automobile** and its **equipment** caused by accidental collision with another object or by accidental upset.

         When a deductible is indicated in the Declarations for this coverage, **we** will reduce **our** payment by that amount. If **your automobile** is a **private passenger automobile**, the deductible does not always apply. The deductible shall not apply:

      (1) in a collision with another **automobile**:

         (a) **we** insure and which **you** do not own, rent or have in **your** care, custody or control; or
         (b) whose owner or operator has been identified; and

            1) is legally responsible for the entire amount of the damage; and
            2) is covered by a **property damage** liability policy or bond

         but only if the damage exceeds the deductible amount.

      (2) to **your** legally parked **private passenger automobile** in the event it is accidentally struck by another of **your private passenger automobiles**, provided

Agency Code    13-0033-00

Policy Number    50-944-649-02

Collision Coverage applies to both such **automobiles**.

2. **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 2. EXCLUSIONS**, is amended as follows:

   **a.** the following exclusion is added:

   any real or perceived reduction in market value of **your automobile** after it has been repaired as compared to the real or perceived market value of **your automobile** prior to such loss or damage.

   **b.** exclusions **a.** and **b.** are deleted and replaced with the following:

   **a.** loss of or damage to **your automobile** because of confiscation or destruction by any civil or governmental authorities because of illegal activities engaged in by:

      **(1)** **you**; or

      **(2)** a **relative**.

   **b.** loss of or damage to **your automobile** because of or arising out of **your** intentional act or an intentional act committed at **your** direction or with **your** knowledge.

All other policy terms and conditions apply.

79939 (1-12)

Page 2 of 2

Agency Code   13-0033-00

Policy Number   50-944-649-02

89072 (9-07)

**Kansas**

# POLICY CANCELLATION AND NONRENEWAL
**Automobile Policy**

It is agreed:

The following conditions apply in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of the policy.

### CANCELLATION

1. **You** may cancel this policy by returning it to **us** or by giving **us** written notice of the future date at which **you** wish cancellation to take effect.

2. If **you** are an individual or a husband and wife and this policy only insures four or less of **your private passenger automobiles**, **we** may cancel this policy by mailing or delivering written notice of cancellation to **you** at **your** last address known to **us**.  This notice shall be mailed at least:

   a. 10 days prior to the effective date when the reason for cancellation is nonpayment of premium.

   b. 30 days prior to the effective date when the reason for cancellation is other than nonpayment of premium.

   c. If this policy has been in effect for 60 days or less and is not a renewal, **we** may cancel for any reason.

   d. If this policy includes **SECTION II - LIABILITY COVERAGE** and **PERSONAL INJURY PROTECTION COVERAGE** and has been in effect for more than 60 days or is a renewal, we may cancel only for one or more of the following reasons:

      (1) nonpayment of premium;

      (2) the policy was obtained through fraudulent misrepresentation;

      (3) **you** violated any of the terms and conditions of the policy;

      (4) **you** or any other operator, either resident of the same household, or who customarily operates an **automobile** insured under the policy;

         a) has had such person's driver's license suspended or revoked during the policy period;

         b) is or becomes subject to epilepsy or heart attacks, and such individual cannot produce a certificate from a physician testifying to such person's ability to operate an **automobile**; or

         c) is or has been convicted during the 36 months immediately preceding the effective date of the policy or during the policy period for:

            1) any felony;

            2) criminal negligence, resulting in death, homicide or assault, arising out of the operation of an **automobile**;

            3) operating an **automobile** while in an intoxicated condition or while under the influence of drugs;

            4) leaving the scene of an **accident** without stopping to report;

    **5)**  theft of an **automobile**, not including a trailer;

    **6)**  making false statements in an application for a driver's license; or

    **7)**  a third violation, committed within a period of 18 months, of:

        **i)**  any regulation limiting the speed of **automobiles**;

        **ii)**  any of the provisions in the motor vehicle laws of any state, the violation of which constitutes a misdemeanor or traffic infraction; or

        **iii)**  any ordinance traffic infraction, or ordinance which prohibits the same acts as a misdemeanor or statute of the uniform act regulating traffic on highways, whether or not the violations were repetitious of the same offense or were different offenses.

**3.**  If **you** are not subject to **2.** above, **we** may cancel by mailing or delivering written notice of cancellation to **you** at **your** last address known to **us**.  This notice shall be mailed at least:

    **a.**  10 days prior to the effective date when the reason for cancellation is nonpayment of premium.

    **b.**  30 days prior to the effective date when the reason for cancellation is other than nonpayment of premium.

    **c.**  If this policy has been in effect for less than 90 days and is not a renewal, **we** may cancel for any reason.

    **d.**  If this policy has been in effect for 90 days or more, or is a renewal, **we** may cancel this policy only for one or more of the following reasons:

        **(1)**  nonpayment of premium;

        **(2)**  the policy was issued because of a material misrepresentation;

        **(3)**  any insured violated any of the material terms and conditions of the policy;

        **(4)**  unfavorable underwriting factors, specific to **you**, exist that were not present at the inception of the policy;

        **(5)**  a determination by the commissioner that continuation of coverage could place **us** in a hazardous financial condition or in violation of Kansas laws; or

        **(6)**  a determination by the commissioner that **we** no longer have adequate reinsurance to meet **our** needs.

**NONRENEWAL**

**1.**  If **you** are subject to **2.** above, **we** may nonrenew this policy by mailing or delivering written notice of nonrenewal to **you** at **your** last address known to **us**.  This notice shall be mailed at least 30 days prior to the expiration of this policy.  **We** may nonrenew this policy only:

    **a.**  when any of the reasons specified as reasons for cancellation in **2.** above exist; or

    **b.**  **we** are permitted to nonrenew this policy in accordance with Kansas law.

**2.**  If **you** are not subject to **2.** above, **we** may nonrenew this policy by mailing or delivering written notice of nonrenewal to **you** at **your** last address known to **us**.  This notice shall be mailed at least 60 days prior to the expiration of this policy.

All other policy terms and conditions apply.

Agency Code   13-0033-00

Policy Number   50-944-649-02

89100 (8-15)

**Kansas**
# AMENDATORY
**Automobile Policy**

It is agreed:

**A. SECTION II - LIABILITY COVERAGE, 2. EXCLUSIONS,** is amended, but only as respects to the coverage up to the Financial Responsibility limits as required by the Kansas Automobile Injury Reparations Act.
1. Exclusions **d., f., k., m., o.,** and **p.** are deleted.
2. Exclusions **b., c., i., j.,** and **n.** are deleted and replaced with the following:
   b. to any person operating or employed by an **automobile** garage, repair shop, sales agency, service station or public parking place. This exclusion does not apply to:
      **(1) you;**
      **(2)** a **relative**; or
      **(3)** any partner, agent, employee or employer of **you** or any **relative**
      while using **your automobile** in such business.
   c. to any **automobile** while used as a public or livery conveyance or while rented to others. This exclusion does not apply to car pooling on a share the expense basis.
   i. to any person or organization for any damages to property owned by, rented to, or in charge of or transported by an insured, however, this exclusion shall not apply to coverage for a rented residence or rented private garage.
   j. to any expenses that would be payable under any workers compensation law, disability benefits law or under any similar law.
   n. to **bodily injury** or **property damage** for which insurance would be available under any nuclear energy liability policy.

**B. SECTION III - DAMAGE TO YOUR AUTOMOBILE, 4. LIMIT OF LIABILITY,** is amended as follows:
1. **a.** is deleted and replaced with the following:
   a. **We** will pay no more than the lowest of the following:
      **(1)** the actual cash value of stolen or damaged property;
      **(2)** the necessary cost, at local prices, to repair or replace the property or damaged parts with material of similar kind and quality; or
      **(3)** the Limit of Liability stated in the Declarations.
2. The following condition is added:
   If **we** elect to pay **you** for the loss, **our** payment will include any applicable sales tax for the damaged or stolen property. However, if the loss is a total loss, **we** shall pay **you** the **actual cash value** including:
   a. applicable sales tax;
   b. license fees;
   c. other fees; and
   d. less any applicable policy deductible
   to purchase a comparable **automobile**.

**C. SECTION VI - GENERAL CONDITIONS,** is amended.
   Condition **3. FRAUD** is deleted and replaced with the following:
   **3. FRAUD**
   **We** will not provide coverage or pay for any loss or damage if any person:
   a. knowingly and with intent to defraud:
      **(1)** presents;
      **(2)** causes to be presented; or
      **(3)** prepares with knowledge or belief that it will be presented
      to or by:

89100 (8-15)

Page 1 of 2

      **(1)** an insurer;
      **(2)** a purported insurer;
      **(3)** a broker; or
      **(4)** any agent thereof
      any written, electronic, electronic impulse, facsimile, magnetic, oral or telephonic communication or statement
      as part of, or in support of:
      **(1)** an application for the issuance of;
      **(2)** the rating of; or
      **(3)** a claim for payment or other benefit pursuant to
      an insurance policy for commercial or personal insurance; and
   **b.** which such person:
      **(1)** knows to contain materially false information concerning any material fact thereto; or
      **(2)** conceals, for the purpose of misleading, information concerning any material fact thereto.

All other policy terms and conditions apply.

89100 (8-15)

Agency Code   13-0033-00

Policy Number   50-944-649-02

89125 (11-14)

# PET MEDICAL COVERAGE
## Automobile Policy

It is agreed:

1. The following definitions are added to **SECTION I - DEFINITIONS** as they apply to this endorsement only:

   **Pet** means a cat or dog owned by **you** or a **relative**.
   **Pet's replacement cost** means the monetary cost incurred to replace a **pet**, that is deceased, with another cat or dog of similar kind and quality. This does not include any cost for:
   a. veterinary care or services for the new **pet**;
   b. training of the new **pet**; or
   c. any other expenses incurred
   after the initial purchase of the new **pet**.

2. The following is added to **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 3. COVERAGE EXTENSIONS**:
   **Pet Medical Payments Coverage**
   If COLLISION applies to at least one of **your automobiles** and a **pet** is occupying:
   (1) **your automobile** while being used with **your** permission or the permission of a **relative**;
   (2) an **automobile you** or a **relative** does not own which is temporarily used as a substitute for **your automobile**. **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destuction;
   (3) an **automobile** which **you** acquire if:
   (a) it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
   1) the expiration date; or
   2) 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date
   of the policy term during which the **automobile** was acquired.
   (b) it is an additional **automobile**, provided **you**:
   1) report the additional **automobile** to **us** within 30 days after **you** take possession; and
   2) pay any required additional premiums.
   (4) an **automobile** not owned by or furnished or available for regular use to:
   (a) **you**; or

   (b) anyone living with **you** who does not own an **automobile**; or
   (5) an **automobile** not used in an **automobile** garage, repair shop, sales agency, service station, or public parking business **you** own or operate
   then if a **pet** is injured, dies or requires necessary or veterinary recommended euthanasia as the result of the collision of such **automobile**, **we** will pay:
   (1) those reasonable and necessary medical expenses incurred for the:
   (a) care;
   (b) recovery; and
   (c) necessary or veterinary recommended euthanasia
   of such **pet**.
   (2) the **pet's replacement cost** if a **pet** dies or requires necessary or veterinary recommended euthanasia.
   (3) for the **pet's** injury. The **pet's** injury must be discovered, treated and reported to **us** within 30 days of the **occurrence**. **We** will pay only those medical expenses or the new **pet's replacement cost** incurred within one year of the **occurrence**.
   **We** also extend this coverage to **you**:
   (1) if **you** are a partnership or joint venture, **your** members, **your** partners and their spouses;
   (2) if **you** are a limited liability company, **your** members;
   (3) if **you** are an organization other than a partnership, joint venture or limited liability company, **your** executive officers; or
   (4) if **you** are a trust, **your** trustees.
   Pet Medical Payments does not apply to injury or death of a **pet**:
   (1) resulting from or arising out of an intentional act of **you** or a **relative**.
   (2) while occupying any **automobile**:
   (a) preparing for;
   (b) practicing for; or
   (c) participating in
   any prearranged racing, speed or demolition contest.
   (3) resulting from or arising out of war, whether declared or not declared, insurrection or any of the

consequences.

**(4)** while occupying an **automobile** located for use as a residence or premises.

For any one **pet**, in any one **occurrence**, **we** will not pay more than $750 or the amount shown in the Declarations, whichever is higher, for medical expenses and the **pet's replacement cost** combined.

For two or more **pets**, in any one **occurrence**, **we** will not pay more than $1500 or the amount shown in the Declarations, whichever is higher, for all of the **pet's** medical expenses and the **pet's replacement cost** combined.

No deductible applies.

The amount **we** pay shall not be increased because of the number of:

**(1) automobiles** shown or premiums charged in the Declarations;

**(2)** claims made or **suits** brought; or

**(3) automobiles** involved in the **occurrence**.

If **we** make a payment under this endorsement and the person to or for whom payment is made has a right to recover damages from another, **we** will be entitled to that right.  That person shall do everything necessary to transfer that right to **us** and shall do nothing to prejudice it.

At **our** request **you** or a **relative** must authorize **us** to obtain veterinary and other records which pertain to the **pet's** injury.  **You** must allow the **pet**, at **our** expense, to be examined by veterinarians **we** select as often as **we** may reasonably require.

All other policy terms and conditions apply.

89125 (11-14)

Agency Code    13-0033-00                                      Policy Number    50-944-649-02

99334 (8-14)

**Kansas**
# UNINSURED MOTORIST COVERAGE
**Automobile Policy**

It is agreed:

**1. DEFINITIONS**
The following definitions apply to this coverage in addition to those contained in **SECTION I - DEFINITIONS** of the policy.

**a. Occupying** means being in or on an **automobile** as a passenger or operator, or being engaged in the immediate acts of entering, boarding or alighting from an **automobile**.

**b. Uninsured automobile** means an **automobile**:
(1) to which no **bodily injury** liability bond or liability insurance policy applies:
  (a) at the time of the **occurrence**; or
  (b) in at least the minimum amounts required by the Kansas Automobile Injury Reparations Act;
(2) insured by a company that becomes insolvent;
(3) insured by a company that has issued a successful written denial of coverage;
(4) that is a hit and run **automobile**. A hit and run **automobile** is one:
  (a) which causes **bodily injury** whether or not physical contact is made with the injured person or the **automobile** the injured person is **occupying**; and
  (b) whose owner or operator is unknown. If there is no physical contact, the facts of the accident must be established by reliable competent evidence from a disinterested witness not making claim under the coverage.
(5) that is an underinsured **automobile**. An underinsured **automobile** is an **automobile** to which a **bodily injury** liability bond or insurance policy applies at the time of the **occurrence** with limits of liability at least equal to or greater than the minimum amounts required by the Kansas Automobile Injury Reparations Act, but such limits:
  (a) are less than the limits for Uninsured Motorist Coverage stated in the Declarations; or
  (b) have been reduced by payments to persons other than the injured person to

less than the limits for Uninsured Motorist Coverage stated in the Declarations.
**Uninsured automobile** does not include an **automobile**:
(1) owned or leased by, furnished or available for regular use of **you** or anyone living with **you**;
(2) owned or operated by a self-insurer under any **automobile** law;
(3) located for use as a residence or premises;
(4) that is designed for use primarily off public roads except while actually on public roads; or
(5) owned by any government or any of its subdivisions or agencies.

**2. COVERAGE**
**a.** **We** will pay compensatory damages, including but not limited to loss of consortium, any person is legally entitled to recover from the owner or operator of an **uninsured automobile** because of **bodily injury** sustained by an injured person while **occupying** an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy.

**b.** This coverage is extended to **you**, if an individual, as follows:
(1) **We** will pay compensatory damages, including but not limited to loss of consortium, **you** are legally entitled to recover from the owner or operator of any uninsured **automobile** because of **bodily injury you** sustain when:
  (a) **you** are not occupying an **automobile** that is covered by **SECTION II - LIABILITY COVERAGE** of the policy; or
  (b) **occupying** an **automobile you** do not own which is not covered by **SECTION II - LIABILITY COVERAGE** of the policy.
(2) The coverage extended in **2.b.(1)** above is also afforded to a **relative** who does not own an **automobile**.

c.  The **bodily injury** must be accidental and arise out of the ownership, maintenance or use of the uninsured **automobile**.

d.  Whether an injured person is legally entitled to recover compensatory damages, including but not limited to loss of consortium, and the amount of such damages shall be determined by an agreement between the injured person and **us**. **We** will not be bound by any judgments for damages obtained or settlements made without **our** written consent unless **we**:

(1)  are provided a copy of the summons and complaint or other process served in connection with such action; and

(2)  have a reasonable opportunity to protect **our** interests.

e.  With regard to an underinsured **automobile**, there is no coverage under this endorsement until the limits of liability of all **bodily injury** liability bonds and insurance policies applying to the underinsured **automobile** and its operator have been exhausted by payment of judgments or settlements.

## 3.  EXCLUSIONS

Uninsured Motorist Coverage does not apply to:

a.  punitive or exemplary damages;

b.  any person injured while **occupying** or struck by an **uninsured automobile** owned or provided for such person's regular use;

c.  any person who settles a **bodily injury** claim without **our** written consent. This exclusion does not apply if **we** have provided **our** consent to the injured person to settle;

d.  directly or indirectly benefit an insurer or self-insurer under any workers compensation law; or

e.  the extent that personal injury protection benefits apply.

## 4.  LIMIT OF LIABILITY

a.  The limit of **our** liability for Uninsured Motorist Coverage in any one **occurrence** shall be as follows:

(1)  **Our** payment to any one injured person shall not exceed the smallest of the following:

(a)  the "each person" Limit of Liability stated in the Declarations for Uninsured Motorist Coverage;

(b)  the difference between such "each person" limit of liability and the amount paid to the injured person by or for any person or organization which may be legally responsible for the **bodily injury** sustained by such injured person; or

(c)  the amount of damages sustained but not recovered by the injured person.

(2)  Subject to the provisions of **4.a.(1)** above, **our** payment to all injured persons shall not exceed the smallest of the following:

(a)  the "each occurrence" Limit of Liability stated in the Declarations for Uninsured Motorist Coverage;

(b)  the difference between such "each occurrence" limit of liability and the total amount paid to all injured persons by or for any persons or organization which may be legally responsible for the **bodily injury** sustained by such injured persons; or

(c)  the total amount of damages sustained but not recovered by all injured persons.

b.  The Limits of Liability for this coverage may not be added to the limits for the same or similar coverage applying to other **automobiles** insured by this policy or other policies issued to **you** or **your relatives** by **us** or any affiliate of **ours** to determine the amount of coverage available for **bodily injury** sustained by any person in any **occurrence** regardless of the number of:

(1)  policies involved;

(2)  **automobiles** involved;

(3)  persons insured;

(4)  claims made or **suits** brought;

(5)  **automobiles** or premiums shown in the Declarations; or

(6)  premiums paid.

c.  The amount **we** pay will be reduced by any amounts paid or payable for the same **bodily injury**:

(1)  by or on behalf of any person or organization who may be legally responsible for the **bodily injury** sustained by the injured person(s);

(2)  under any workers compensation law; and

(3)  to the extent that Personal Injury Protection benefits apply.

d.  **We** shall not pay any amounts which duplicate payments for the same elements of loss for which the injured person has received or will receive payments.

## 5.  OTHER UNINSURED MOTORIST COVERAGE

If there is other Uninsured Motorist Coverage which applies, **we** will pay **our** share of the compensatory damages, including but not limited to loss of consortium. **Our** share will be the ratio of **our** Limit of Liability to the total of all limits which apply. Total damages payable for one **occurrence** shall be considered not to exceed the limit of liability of the applicable policy that has the highest limit of liability.

The coverage extended to **automobiles you** do not own will be excess over any other insurance available to **you**.

6.  **NOTIFY US PROMPTLY**
    As it applies to only this endorsement, the policy provision, **NOTIFY US PROMPTLY**, is deleted and replaced by the following provision.

1.  **NOTIFY US PROMPTLY**
    a.  **You** and any person seeking coverage under this policy must notify **us** promptly as to how, when and where the accident happened. **We** must have the names and addresses of any injured person and of any witnesses. Notice and documentation of loss must be given if **we** require it.
    b.  Any person making claim must:
        (1)  give **us** written notice and documentation of loss;
        (2)  submit to examinations by physicians **we** select as often as **we** require; and
        (3)  authorize **us** to obtain medical reports and other pertinent records.

    **We** must be given copies of the legal papers if **suit** is brought against any person believed to be legally responsible.

    Failure of any person entitled to Uninsured Motorist Coverage to comply with these provisions shall invalidate the coverage provided by this policy if **we** show by a preponderance of evidence that **we** were prejudiced by the delay.

7.  **NOTICE OF PROPOSED UNDERINSURED MOTOR VEHICLE SETTLEMENT - SUBROGATION RIGHTS**
    If an injured person or, in the case of death, the personal representative of such person agrees to settle a claim with a liability insurer and its insured, and such settlement does not fully satisfy the claim so as to create an underinsured motorist claim, written notice of the tentative settlement must be submitted to **us** by certified mail. The written notice shall include written:
    a.  documentation of pecuniary losses incurred, including copies of medical bills; and
    b.  authorization or a court order authorizing **us** to obtain medical reports from all employers and medical providers.

    Within sixty (60) days after receipt of this written notice, **we** may substitute **our** payment to the injured person for the tentative settlement amount.

**We** are then subrogated to the injured person's rights to recover to the extent of such payment and any settlement under the underinsured motorist coverage.

If **we** do not substitute **our** payment to the injured person for the tentative settlement amount, then **SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS, 3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS, b.** does not apply to only this claim.

8.  **CONDITIONS**
    The following conditions apply to this coverage in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of the policy.
    a.  **TIME LIMITATION FOR ACTION AGAINST US**
        Any person seeking Uninsured Motorist Coverage must present a claim for compensatory damages, including but not limited to loss of consortium, according to the terms and conditions of the policy and conform with any applicable statute of limitations applying to **bodily injury** claims in that state in which the accident occurred.
    b.  **ARBITRATION**
        (1)  After a dispute has arisen, if **we** and a person entitled to Uninsured Motorist Coverage under this endorsement do not agree:
            (a)  that the person is entitled to recover compensatory damages; including but not limited to loss of consortium, or
            (b)  to the amount of those damages
            the matter may be arbitrated provided both **we** and the injured person, voluntarily, agree to arbitration. If so, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that a judge of a court having jurisdiction make the selection.
        (2)  Arbitration will take place in the county and state in which the person entitled to coverage lives. Local rules of procedure and evidence will apply.
        (3)  A decision by any two of the arbitrators will be binding and may be enforced by either party in a court of competent jurisdiction.

All other policy terms and conditions apply.

Agency Code   13-0033-00

Policy Number   50-944-649-02

99413 (8-14)

## Kansas
# PERSONAL INJURY PROTECTION BENEFITS

It is agreed:

## SECTION I - DEFINITIONS
The following definitions apply to this endorsement only.
**SECTION I - DEFINITIONS** of the policy does not apply to this endorsement.

1. **Highway** means the entire width between the boundary lines of every way publicly maintained, when any part thereof is open to the use of the public for purposes of vehicular travel.
2. **Injured person** means any **person** suffering **injury**.
3. **Injury** means bodily harm, sickness, disease or death resulting from an accident arising out of the ownership, maintenance or use of a **motor vehicle**.
4. **Lienholder** means a **person** holding a **security interest** in a vehicle.
5. **Monthly earnings** means:
   a. in the case of a regularly employed **person** or a **person** regularly self-employed, 1/12 of the annual earnings at the time of **injury**; or
   b. in the case of a **person** not regularly employed or self-employed, or of an unemployed person, 1/12 of the anticipated annual earnings from the time such **person** would reasonably have been expected to be regularly employed. In calculating the anticipated annual earnings of an unemployed **person** who has previously been employed, the insurer shall average the annual compensation of such **person** for not to exceed five years preceding the year of **injury** or death, during which such **person** was employed.
6. **Motor vehicle** means every self-propelled vehicle of a kind required to be registered in Kansas, including any:
   a. trailer;
   b. semitrailer; or
   c. pole trailer
   designed for use with such vehicle. **Motor vehicle** does not include a motorized bicycle.
7. **Occupying** means being in or on a **motor vehicle** as a passenger or an **operator**, or being engaged in the immediate acts of entering, boarding or alighting from a **motor vehicle**.
8. **Operator** means any **person** who drives or is in actual physical control of a **motor vehicle** upon a **highway** or who is exercising control over or steering a vehicle being towed by a **motor vehicle**.
9. **Owner** means a **person**, other than a **lienholder**, having property in or title to a **motor vehicle**, including a **person** who is entitled to the use and

possession of a **motor vehicle** subject to a **security interest** held by another **person**, but such term does not include a lessee under a lease not intended as security.

10. **Person** means an individual, partnership, corporation or other association of persons.
11. **Relative residing in the same household** means a relative of any degree by blood, marriage or adoption; who usually makes such **person's** home in the same family unit, whether or not temporarily living elsewhere. This includes a ward or foster child who resides with **you**.
12. **Security interest** means an interest in a vehicle reserved or created by agreement and which secures payment or performance of an obligation. The term includes the interest of a lessor under a lease intended as security.
13. **Self-Insurer** means any **person** effecting self-insurance pursuant to subsection (f) of K.S.A. 40-3104, and amendments thereto, or any nonresident **self-insurer** that has filed the form prescribed in subsection (b) of K.S.A. 40-3106, and amendments thereto.
14. **Survivor** means a decedent's spouse, or child under the age of 18 years, where death of the decedent results from an **injury**.
15. **Uninsured motor vehicle** means any **motor vehicle** which is not included under an approved self-insurance plan of a **self-insurer** or for which there is not in effect a **motor vehicle** liability insurance policy meeting the requirements of this act.
16. **We, us** or **our** means the Company providing this insurance.
17. **You** or **your** means the individual(s) or organization(s) identified as an insured in the Declarations and if an individual, **your** spouse who resides in the same household.
18. **Your motor vehicle** means a **motor vehicle** to which the Liability coverage of this policy applies.

## SECTION II - PERSONAL INJURY PROTECTION BENEFITS

1. **Coverage**
   **We** will pay for **injury** sustained by an **injured person** if the **injury** is caused by an accident arising out of the ownership, maintenance or use of a **motor vehicle**. Personal Injury Protection Benefits consists of the following:

99413 (8-14)

Page 1 of 4

Agency Code   13-0033-00

Policy Number   50-944-649-02

**a.** Medical benefits meaning reasonable expenses for necessary:

    **(1)** health care rendered by practitioners licensed by the state board of healing arts to practice any branch of the healing arts or licensed psychologists;

    **(2)** surgical services;

    **(3)** x-ray services;

    **(4)** dental services;

    **(5)** prosthetic devices;

    **(6)** ambulance services;

    **(7)** hospital services; and

    **(8)** nursing services.

Medical benefits includes allowances for services recognized and permitted under Kansas laws for an **injured person** who relies upon spiritual means through prayer alone for healing in accordance with such **person's** religious beliefs.

**b.** Rehabilitation benefits meaning reasonable expenses for necessary:

    **(1)** psychiatric or psychological services;

    **(2)** occupational therapy; and

    **(3)** such occupational training and retraining as may be reasonably necessary to enable the **injured person** to obtain suitable employment.

**c.** Disability benefits meaning loss of **monthly earnings** due to an **injured person's** inability to engage in available and appropriate gainful activity, for the time period after the date the **injured person** becomes unable to engage in available and appropriate gainful activity, subject to the following conditions and limitations:

    **(1)** the **injury** sustained is the proximate cause of the **injured person's** inability to engage in available and appropriate gainful activity; and

    **(2)** subject to the maximum benefits stated herein, allowances shall equal 100% of any such loss per individual, unless such allowances are deemed not includable in gross income for federal income tax purposes, in which event such allowances shall be limited to 85%.

    **d.** Essential services meaning appropriate and reasonable expenses incurred in obtaining other or- dinary and necessary services in lieu of those that, but for the **injury**, the **injured person** would have performed for the benefit of such **person** or such **person's** family.

**e.** Funeral benefits meaning expenses for funeral, burial or cremation.

**f.** Survivor's benefits meaning total allowances to all **survivors** for:

    **(1)** loss of an **injured person's monthly earnings** after such **person's** death; and

    **(2)** essential services following the **injured person's** death.

**2. Exclusions**

    **a.** **We** do not provide Personal Injury Protection Benefits for **injury** sustained by:

        **(1)** **you** or a **relative residing in the same household**, while **occupying** any **motor vehicle** owned by **you** or a **relative residing in the same household**, other than **your motor vehicle**.

        **(2)** any **person** operating **your motor vehicle** without **your** implied or express consent. This exclusion, **(2)** does not apply to **you** or a **relative residing in the same household**, using **your motor vehicle**.

        **(3)** any **person** if the **injury** was intentionally caused by that **person**.

        **(4)** any **person** who is an intentional converter of a **motor vehicle** at the time the **injury** was sustained.

        **(5)** any **person** injured as a result of conduct within the course of a business of:

            **(a)** repairing;

            **(b)** servicing; or

            **(c)** otherwise maintaining **motor vehicles**, unless such conduct occurred off of the business premises.

        **(6)** any **person** injured as a result of conduct in the course of loading and unloading a **motor vehicle** unless the conduct occurred while **occupying** the **motor vehicle**.

        **(7)** any **person**, other than **you** or a **relative residing in the same household**, if that **person** is the **owner** of a **motor vehicle** for which security is required under the Kansas Automobile Injury Reparations Act.

        **(8)** any **person**, other than **you** or a **relative residing in the same household** who is not:

            **(a)** a resident of Kansas; nor

            **(b)** **occupying your motor vehicle**.

        **(9)** any **person**, other than **you** or a **relative residing in the same household**, while:

            **(a)** **occupying**; or

            **(b)** struck by a **motor vehicle**, other than **your motor vehicle**, for which security required by the Kansas Automobile Injury Reparations Act is in effect.

**3. LIMIT OF LIABILITY**

    **a.** When the Declarations indicate Personal Injury Protection - Basic, **our** limit of liability for payment of Personal Injury Protection Benefits for loss from accidental **injury** to an **injured person** injured in any one **motor vehicle** accident, shall not exceed the following:

        **(1)** $4,500 for medical benefits.

99413 (8-14)

**(2)** $4,500 for rehabilitation benefits.

**(3)** $900 per month for no longer than one year for disability benefits.

**(4)** $25 per day for not longer than 365 days for essential services.

**(5)** $2,000 per individual for funeral benefits.

**(6)** the amount of remaining disability benefits plus the remaining amount for essential services following the **injured person's** death for **survivor's** benefits. Expenses of the **survivors** which have been avoided by reason of the **injured person's** death shall be subtracted from the allowance to which **survivors** would otherwise be entitled, and **survivor's** benefits shall be paid for no longer than the time period after the **injured person's** death, less the number of months the **injured person** received disability benefits prior to such **person's** death. For purposes of this paragraph **(6)**, **monthly earnings** shall include, in the case of a **person** who was a social security recipient or a retirement or pension benefit recipient, or both, at the time of such **injured person's** death, 1/12 of the annual amount of the difference between the annual amount of the social security benefits or the retirement benefits, or both, that such **injured person** was receiving at the time of such **injured person's** death and the annual amount of the social security benefits or the retirement benefits, or both, that the **survivor** is receiving after the time of such **injured person's** death.

**b.** When the Declarations indicate Personal Injury Protection - Increased, **our** limit of liability for payment of Personal Injury Protection Benefits for loss from accidental **injury** to an **injured person** injured in any one **motor vehicle** accident shall not exceed the limits shown in **3.a.** above except:

**(1)** when the **injured person** is an individual named insured or a **relative residing in the same household** as the individual named insured; and

**(2)** where a greater benefit limit is shown in the Declarations under Personal Injury Protection - Increased

the greater benefit limit shown in the Declarations under Personal Injury Protection - Increased replaces the lesser benefit limit for the same benefit shown in **3.a.** above.

**c.** The limits of liability for the applicable Personal Injury Protection Benefits shown in **3.a.** and **3.b.** above or in the Declarations, are the most **we** will pay for each **injured person** injured in any one **motor vehicle** accident, regardless of the number of:

**(1)** **injured persons**;

**(2)** policies or bonds applicable;

**(3)** premiums paid;

**(4)** **your motor vehicles**; or

**(5)** claims made.

**d.** The amount **we** pay will be reduced by any amounts paid or payable for the same **injury** under the workmen's compensation act of Kansas, the United States longshoremen's and harbor workers' compensation act, the federal employer liability acts, or any similar state or federal law.

**4. BENEFIT PAYMENTS**

**a.** Personal injury protection benefits payable under this coverage will be overdue if not paid within thirty days after **we** are furnished written notice of, and reasonable supporting proof of, such loss and the amount of expenses and loss incurred. Disability benefits payable in accordance with this endorsement will be paid at least every two weeks after receipt of the written notice and reasonable proof.

**b.** If written notice is not furnished for the entire claim, any partial amounts supported by written notice are overdue if not paid within thirty days after the written notice is furnished. Any part, or all of the remainder of the claim that is subsequently supported by written notice is overdue if not paid within thirty days after such written notice is furnished.

**c.** Any requirement to pay benefits within a specified period of time, shall not apply to any payment where **we** have reasonable proof that **we** are not responsible for the payment, despite the written notice.

**d.** For the purpose of calculating the extent to which any personal injury protection benefit is overdue, payment shall be treated as being made on the:

**(1)** date a draft or other valid instrument equivalent to payment was placed in the United States mail in a properly addressed, post-paid envelope; or

**(2)** date of delivery, if not mailed.

**e.** All overdue payments shall bear simple interest at the rate of eighteen percent per annum.

**5. OTHER INSURANCE**

**a.** If two or more insurers or **self-insurers** are liable to pay personal injury protection benefits for the same **injury** to any one **person**, the maximum benefits payable from all applicable policies shall be the highest limit of any one policy providing such personal injury protection benefits. The primary personal injury protection benefits shall be provided by the policy covering:

**(1)** the **motor vehicle** owned by the **injured person**.

(2) the **motor vehicle** the **injured person** was **occupying** or was struck by.

(3) **your motor vehicle** for **injury** sustained by **you** or a **relative residing in the same household** who is not a named insured under another policy while:

    **(a)** **occupying**; or

    **(b)** struck by

    any **motor vehicle** outside of Kansas.

**b.** Coverage for **you** or a **relative residing in the same household** described in **3. LIMIT OF LIABILITY, b.** is excess of any other Personal Injury Protection Benefits paid or payable under this policy or any other automobile liability insurance policy.

**6.  SECTION V - WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS** is amended as follows.

**a.** The following provision is added as it applies to Personal Injury Protection Benefits.

Any **injured person**, or his or her representative, seeking coverage under this endorsement, must give **us** or **our** authorized agent written notice as soon as practicable after an accident involving a **motor vehicle**. The notice must include how, when and where the accident happened, the name and address of any **injured person** and of any witnesses, if reasonably obtainable.

Any **injured person** must:

**(1)** submit to examination by physicians **we** select as often as **we** require.

**(2)** authorize **us** to obtain medical reports and other pertinent records.

If any **person** takes legal action for **injury** against the **person** who is or may be liable, a copy of the complaint or summons or other process served in connection with such action must be promptly sent or delivered to **us**. No claim for personal injury protection benefits may be made after two years from the date of the **injury**.

**b.** The following provision is added to **3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS** as it applies to Personal Injury Protection Benefits.

When **we** make payment under Personal Injury Protection Benefits:

**(1)** and the **person** to or for whom payment is made has a legal right to recover damages from another:

    **a)** and fails to bring legal action within eighteen months after the **injury** resulting from the accident, this failure shall automatically operate, to the extent of **our**

payment, as an assignment to **us** to the extent of **our** payment, for any cause of action the **injured person** may have against any other **person**.

**b)** **we** may enforce such action in that **person's** name for their benefit as their interest may appear by proper action in a court of competent jurisdiction.

**c)** attorney fees shall be established by the court and will be shared by that **person** and **us** as determined by the court.

**(2)** and the **person** to or for whom payment is made recovers damages from another:

    **a)** **we** shall:

      **1)** be subrogated to the extent of **our** payment to the **injured person**; and

      **2)** have a lien against the recovery and **we** may intervene in any action to protect and enforce such lien.

    **b)** and the **person** recovers damages prior to the completion of **our** payment of Personal Injury Protection Benefits, the amount of damages recovered which exceeds **our** payment of Personal Injury Protection Benefits to that date, will be credited against additional Personal Injury Protection Benefits payments.

    **c)** **Our** right of subrogation shall be reduced by the percentage of negligence attributable to that **person**.

**7.  SECTION IV - GENERAL CONDITIONS** is amended as follows.

**a.  1.  POLICY PERIOD AND TERRITORY** is deleted and replaced by the following as it applies to this endorsement only:

    **1.  POLICY PERIOD AND TERRITORY**

    This endorsement applies only to **injury** to which this endorsement applies during the policy period shown in the Declarations. **Injury** must take place in:

    **a)** the United States of America, its territories or possessions; or

    **b)** Canada.

**b.** The following provisions are added.

**(1)** Any provisions of the policy or of this endorsement which conflict with the Kansas Automobile Injury Reparations Act are amended to comply with the Act.

**(2)** If any provision of the policy conflicts with any provision of this endorsement, the applicable provision of this endorsement shall prevail.

All other policy terms and conditions apply.

Agency Code   13-0033-00

Policy Number   50-944-649-02

69405 (1-16)

# PRESERVE OUR RIGHT TO RECOVER PAYMENTS
### Automobile Policy

It is agreed:

**SECTION V – WHAT YOU MUST DO AFTER AN ACCIDENT OR LOSS, 3. PRESERVE OUR RIGHT TO RECOVER PAYMENTS** is amended.  The following condition is added.
If the claim paid is less than the agreed loss because of any deductible or other limiting terms, the recovery is prorated between **you** and **us** based on the interest of each in the loss.  This condition only applies if **we** pay for a loss and then payment is made by those responsible for the loss.

All other policy terms and conditions apply.

69405 (1-16)

Page 1 of 1

89432 (4-09)

# AMENDATORY - YOU AND YOUR
### Automobile Policy

It is agreed:

Under **SECTION I - DEFINITIONS,** definition **12., you** or **your** is deleted and replaced with the following:

**12. You** or **your** means any named insured shown in the Declarations and if an individual, such individual named insured's spouse who resides in the same household.

All other policy terms and conditions apply.

89432 (4-09)

Page 1 of 1

Agency Code   13-0033-00

Policy Number   50-944-649-02

89023 (7-06)

# AIR BAG REPLACEMENT COVERAGE ENDORSEMENT
### Automobile Policy

It is agreed:

Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 3. COVERAGE EXTENSIONS,** the following coverage extension is added:

**Air Bag Replacement Coverage**

If **your automobile** is a **private passenger automobile, we** will extend the Comprehensive Coverage that applies to **your automobile** for the replacement of the air bag when it inflates without **your automobile** having been involved in a Comprehensive or Collision loss.

All other policy terms and conditions apply.

89023 (7-06)

Page 1 of 1

89058 (4-07)

# AMENDATORY ENDORSEMENT
# SECTION II - LIABILITY COVERAGE
### Automobile Policy

It is agreed:

Under **SECTION II - LIABILITY COVERAGE, 2. EXCLUSIONS, i.** is deleted and replaced by the following:

**i.**   to any person or organization for damage to property or an **automobile** owned by, rented to or in the care, custody or control of that person or organization.  This exclusion does not apply to **property damage** to a residence or private garage, caused by a **private passenger automobile,** when the residence or private garage is rented to or is in the care, custody or control of that person or organization.

All other policy terms and conditions apply.

89058 (4-07)

Page 1 of 1

89082 (9-07)

**Kansas**
# EXCLUSION OF INJURY TO HOUSEHOLD MEMBERS
**Automobile Policy**

It is agreed:

**SECTION II - LIABILITY COVERAGE** does not apply to **bodily injury** or **property damage** claims made by a member of a household against another member of the same household.

This exclusion applies only to the extent that the Limits of Liability exceed the minimum limits required by the Kansas Automobile Injury Reparations Act.

All other policy terms and conditions apply.

89082 (9-07)                                                                      Page 1 of 1

69434 (12-15)

# COMMON LOSS DEDUCTIBLE
**Automobile Policy**

It is agreed:

**SECTION III – DAMAGE TO YOUR AUTOMOBILE** is amended.  The following provision is added.

1. If **you** have a Homeowners or Mobile Homeowners policy with **us** or a company affiliated with **us** and there is a covered loss under **your** Homeowners or Mobile Homeowners policy and:
   a. this policy; or
   b. a **relative's** Automobile policy insured with **us** or a company affiliated with **us**, that includes the endorsement entitled Common Loss Deductible

   then, at **your** option, the **automobile** deductible applicable to the loss will be reduced by the amount of the Homeowners or Mobile Homeowners policy deductible.  In the event that more than one **automobile** deductible provision applies to the same

covered loss, with **your** permission, **we** will use the deductible that benefits **you** the most.

2. However:
   a. the covered losses must result from a single **occurrence** and **you** must file a claim on each of the covered losses.
   b. the amount of loss under each policy must exceed the applicable deductible and result in a paid loss.
   c. in no event will the amount of such reduction exceed the amount of the applicable **automobile** deductible.
   d. this provision only applies to one **automobile** deductible per household.

All other policy terms and conditions apply.

69434 (12-15)                              .                          Page 1 of 1

89024 (7-06)

# WAIVER OF GLASS DEDUCTIBLE FOR REPAIR
## Automobile Policy

It is agreed:

Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 1. COVERAGES, c. Comprehensive Coverage**, the following provision is added:

A deductible stated in the Declarations for Comprehensive Coverage does not apply to the repair of safety or laminated glass contained within the windshield, rear window, a door window or any other side window of **your automobile**, provided both **you** and **we** agree to the repair.

The provisions of this endorsement do not apply to:

**(1)** any light or any component of any light of your **automobile**;

**(2)** sunroofs of any type;

**(3)** removable roof panels of any type; or

**(4)** mirrors of any type.

All other policy terms and conditions apply.

89024 (7-06)

Agency Code   13-0033-00                                                      Policy Number   50-944-649-02

89060 (10-13)

# LOSS PAYABLE CLAUSE

It is agreed:

Under **SECTION III - DAMAGE TO YOUR AUTOMO-BILE**, the following provision is added:

**LOSS PAYABLE**

1.  Loss or damage under the policy shall be paid to the:

    a.  named insured; and
    b.  the loss payee (lienholder) shown in the Declarations as their interest may appear at the time of such loss or damage.

2.  **We** shall notify the loss payee ten (10) days prior to the effective date of cancellation on this policy.

3.  If the insured fails to render proof of loss within the time required in the policy, the loss payee shall render proof of loss:

    a.  within 60 days after **our** request; and
    b.  in a form and manner required in the policy.

4.  At **our** option, **we** may pay the loss payee:

    a.  the amount of loss or damage; or
    b.  the whole principal due with interest accrued at the time of settlement.  If **we** make such payment, the loss payee shall assign and transfer the lien to **us**.

5.  After **we** make payment to the loss payee under this agreement, **we** will have the right to recover, to the extent of **our** payment, from anyone held responsible.  The transfer of such right to recover shall not impair the loss payee's right to recover the full amount of its claim.

All other policy terms and conditions apply.

Agency Code   13-0033-00

Policy Number   50-944-649-02

69270 (5-14)

# ADDITIONAL AND REPLACEMENT AUTOMOBILE COVERAGE
## Automobile Policy

It is agreed:

1. Under **SECTION II - LIABILITY COVERAGE, 1. COVERAGE, c. Other Automobiles Covered** is deleted and replaced by the following:
   c. **Other Automobiles Covered**
   The Liability Coverage provided for **your automobile** also applies to certain other **automobiles**. It applies:
   (1) to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**. **Your automobile** must be out of use because of breakdown, repair, servicing, loss or destruction. The owner of the substitute **automobile** is not covered.
   (2) to an **automobile** which **you** acquire if:
   (a) it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
   1) the expiration date; or
   2) 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date
   of the policy term during which the **automobile** was acquired; or
   (b) it is an additional **automobile**, provided **you**:
   1) report the additional **automobile** to **us** within 30 days after **you** take possession; and
   2) pay any required additional premiums.
   This extension does not apply if **you** have other liability insurance that applies to the **automobile you** acquire.

2. Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 1. COVERAGES, f. Other Automobiles Covered** is deleted and replaced by the following:
   f. **Other Automobiles Covered**
   (1) The Damage To Your Automobile Coverages provided for **your automobile** also apply to certain other **automobiles**. They apply:
   (a) to an **automobile you** do not own which is temporarily used as a substitute for **your automobile**. **Your automobile**

must be out of use because of breakdown, repair, servicing, loss or destruction.
   (b) to an **automobile** which **you** acquire if:
   1) it replaces **your automobile**. **You** must report the replacement **automobile** to **us** no later than:
   ￫ a) the expiration date; or
   b) 30 days after **you** take possession if the replacement **automobile** is acquired less than 30 days prior to the expiration date of the policy term during which the **automobile** was acquired.
   2) it is an additional **automobile**, provided **you**:
   a) report the additional **automobile** to **us** within 30 days after **you** take possession; and
   b) pay any required additional premiums.
   (2) When an **automobile** described by and subject to the conditions in **f.(1)(b)** above:
   (a) is not provided Comprehensive Coverage, then Comprehensive Coverage shall be provided with a $500 deductible; or
   (b) is not provided Collision Coverage, then Collision Coverage shall be provided with a $500 deductible
   for the lesser of:
   (a) 30 days from the date the **automobile** was acquired; or
   (b) the expiration date of the policy term during which the **automobile** was acquired when such policy term is not renewed.
   These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner. However, paragraph **f.(1)(a)** above applies if **you** are legally liable.

All other policy terms and conditions apply.

69270 (5-14)

Page 1 of 1

79299 (3-99)

# RENTED AUTOMOBILE REPLACEMENT COVERAGE
### Automobile Policy

It is agreed:

**1. DEFINITIONS**

The following definition applies to this endorsement in addition to those contained in **SECTION I - DEFINITIONS** of the policy.

**Rented automobile** means a **private passenger automobile** or a truck with a registered gross vehicle weight of 26,000 pounds or less, owned by and registered in the name of a person or organization licensed to be engaged in the business of renting **automobiles**, without drivers, to others provided the **automobile** use rate is determined on a monthly, weekly or daily basis and the rental agreement is for a period of 30 days or less.

**2. COVERAGE**

The coverage provided by **SECTION IV - INDIVIDUAL NAMED INSURED** to a **rented automobile**, rented by **you** or a **relative** who does not own an **automobile**, shall include the following provision provided **your automobile** is insured for both COMPREHENSIVE COVERAGE and COLLISION COVERAGE by the policy.

If, as a result of accidental loss or damage, **we** and the owner of the **rented automobile** agree that it is a constructive total loss and the terms of the written rental agreement require the **rented automobile** be replaced with a new **automobile**, **we** shall replace the **rented automobile** with a new **automobile**:

**a.** of the same make and model; and

**b.** of the current model year; and

**c.** with comparable **equipment** and operating features.

If such **automobile** is not available, **we** shall provide a new replacement **automobile** of comparable type and quality.

This provision applies without regard to fault or negligence on the part of **you** or **your relative**.

All other policy terms and conditions apply.

79536 (7-94)

# LOSS OF USE - RENTAL FEE REIMBURSEMENT
## Automobile Policy

It is agreed:

1. **COVERAGE**

   If **your automobile** is a **private passenger automobile** insured for Comprehensive Coverage and Collision Coverage by the policy; and

   a.  those coverages extend to a **private passenger automobile you** rent from a licensed rental **automobile** agency; and

   b.  that rental **automobile** sustains loss or damage covered by the policy;

   **we** will reimburse **you** for payment of the daily or weekly rental fee that would have been paid if the rental **automobile** had not sustained loss or damage.

2. **CONDITIONS**

   The following conditions apply in addition to those contained in **SECTION VI - GENERAL CONDITIONS** of the policy.

   a.  **You** must be required by the rental agreement to continue payment of the daily or weekly rental fee when loss or damage to the rental **automobile**:

   1)  prevents rental of that **automobile** to others; and

   2)  the loss or damage is covered by the policy.

   b.  **You** must report the **occurrence** that results in the rental **automobile** being unavailable for use to **us** as soon as practicable.

   c.  **We** will provide this coverage for a period beginning the day following the **occurrence** and ending, regardless of the policy expiration date, at the earliest of the following:

   1)  the day repairs to the rental **automobile** are completed;

   2)  the day **we** make payment for replacement of the rental **automobile**; or

   3)  thirty (30) days after the date coverage begins.

   However, coverage will not exceed a period longer than that required to repair or replace the rental **automobile**, exercising due diligence and dispatch.

   d.  **You** must submit proper receipts to **us** for all expenses claimed under this coverage.

   e.  If **you** are covered by **your** employer's insurance policy, then the Company writing **your** employer's insurance policy has primary responsibility to pay claims arising from the use of the rented vehicle.  The coverage provided by this endorsement shall be excess over any coverage provided by **your** employer's policy.

All other policy terms and conditions apply.

79537 (6-92)

# ADDITIONAL EXPENSE COVERAGE
## Automobile Policy

It is agreed:

**SECTION III - DAMAGE TO YOUR AUTOMOBILE, 3. COVERAGE EXTENSIONS, b. Loss of Use By Theft** is deleted and replaced by the following:

b.  **Loss Of Use**

   (1)  If Comprehensive Coverage or Collision Coverage, provided by this policy, apply to loss of or damage to **your automobile, we** will reimburse **you** for the actual amount paid for necessary additional transportation expenses subject to the following.

      (a)  If **your automobile** is stolen, **we** will reimburse **you** for expenses incurred during the period:
         1)  beginning 48 hours after **you** report the theft to **us** and the police; and
         2)  ending, regardless of the policy expiration date, on the day:
            a)  **your automobile** is returned; or
            b)  **we** offer to pay for its loss.

      (b)  If **we** determine **your automobile** is a constructive total loss by reason other than theft, **we** will reimburse **you** for expenses incurred during the period:
         1)  beginning the day the **occurrence** is reported to us; and
         2)  ending, regardless of the policy expiration date, on the day **we** offer to pay for its loss.

      (c)  If **your automobile** sustains other covered loss or damage, **we** will reimburse **you** for expenses incurred during the period:
         1)  beginning the day **your automobile** becomes unavailable for use, provided **you** have reported the loss or damage to **us**; and
         2)  ending, regardless of the policy expiration date, on the day repairs are completed.
        However, **we** will not reimburse expenses for a period longer than that required to repair **your automobile** exercising due diligence and dispatch.

      (d)  **Our** reimbursement will not exceed the:
         1)  per day limit; and
         2)  total limit for any one **occurrence**;
        stated in the Declarations for this coverage.

   (2)  **We** will reimburse **you** for reasonable expenses, other than transportation expenses, incurred during a period of 24 hours following the covered **occurrence** in which **your automobile** was accidentally damaged.  These expenses must be unavoidably incurred as a direct result of that damage.  They may include but are not limited to food and lodging.

   (3)  **You** must submit proper receipts to **us** for all expenses claimed under b.(1) and b.(2) above.

   (4)  Application of a Comprehensive Coverage or Collision Coverage deductible does not affect this coverage.

All other policy terms and conditions apply.

Agency Code   13-0033-00     Policy Number   50-944-649-02

89449 (4-10)

## AMENDATORY OF SECTION IV - INDIVIDUAL NAMED INSURED
### Automobile Policy

It is agreed:

**1.** For this endorsement only, the definition of **you** or **your** is superseded by the following definition.

**You** or **your** means an individual shown as named insured in the Declarations and such person's spouse who resides in the same household.

**2.** **SECTION IV - INDIVIDUAL NAMED INSURED** is deleted and replaced by the following.

**SECTION IV - INDIVIDUAL NAMED INSURED**

The following extensions of coverage apply if a named insured shown in the Declarations is an individual and an **automobile** described in the Declarations is a **private passenger automobile**.

**1.** **LIABILITY COVERAGE - BODILY INJURY AND PROPERTY DAMAGE**
  **a.** The Liability Coverage provided for **your automobile** (that is not a **trailer**) also applies to an **automobile** (that is not a **trailer**) not:
   **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**. However, **we** will cover **your** liability for **your** use of an **automobile** (that is not a **trailer**) owned by or furnished for the regular use of a **relative**.
   **(2)** used in an **automobile** garage repair shop, sales agency, service station or public parking business **you** own or operate.
  **b.** **We** extend this coverage only:
   **(1)** to **you**;
   **(2)** to **relatives**;
     **(a)** who do not own an **automobile** (that is not a **trailer**); or
     **(b)** who own an **automobile** described in the Declarations; and
   **(3)** to anyone legally responsible for the use of the **automobile** (that is not a trailer) by the person in **b.(1)** and **b.(2)** above.
  **c.** **We** do not cover:
   **(1)** the owner of the **automobile** (that is not a trailer).

   **(2)** an **automobile** used in the business or occupation of any named insured or that of a **relative**, unless it is:
     **(a)** a **private passenger automobile**; and
     **(b)** used by **you**, such **relative** or the chauffeur or household employee of either.
   **(3)** **you** or a **relative** using an **automobile** (that is not a **trailer**) without a reasonable belief of permission to do so.

**2.** **DAMAGE TO YOUR AUTOMOBILE**
  **a.** The **Damage to Your Automobile Coverages** provided for **your automobile** also apply to an **automobile** not:
   **(1)** owned by or furnished or available for regular use to **you** or anyone living with **you**.
   **(2)** used in an **automobile** garage, repair shop, sales agency, service station or public parking business **you** own or operate.
  **b.** **We** extend this coverage only:
   **(1)** to **you**; and
   **(2)** to **relatives**:
     **(a)** who do not own an **automobile** (that is not a **trailer**); or
     **(b)** who own an **automobile** described in the Declarations.
  **c.** **We** do not cover an **automobile** used in **your** business or occupation or that of a **relative** unless it is:
     **(a)** a **private passenger automobile**; and
     **(b)** used by **you** or such **relative**, or the chauffeur or household employee of either.
  **d.** These extensions do not apply when there is other insurance covering **your** interest or the interest of the owner. However, they do apply if **you** are legally liable.

All other policy terms and conditions apply.